5:22-CV-00405

Exhibit #8

to ECF No. 1





# NEW, TAYLOR & Associates

**Stephen P. New**
steve@newtaylorlaw.com
**Amanda J. Taylor**
mandy@newtaylorlaw.com

430 Harper Park Drive, Beckley, WV 25801
230 Capitol Street, Charleston WV 25301
(304) 250-6017   (304) 250-6012
www.newtaylorlaw.com

**Russell A. Williams**
russell@newtaylorlaw.com
**Joshua D. Wiseman**
josh@newtaylorlaw.com

September 22, 2022

*Via US Mail*

Rory L. Perry II, Clerk
110 North Heber Street,
Room 119
Beckley, WV 25801

RE: *Rose, et al. v. Jividen, et al.*
5:22-CV-00405

Dear Mr. Perry:

Please find enclosed a flash-drive of videos containing Exhibit 8 to the recently filed Summons and Complaint in regard to the above reverenced matter.

Thank you for your attention to this matter. If you should have any questions or require any further information, please feel free to contact me.

Very best regards,

*Vivian L. Jones*

Vivian L. Jones
Paralegal

/vlj





Rory L. Perry II, Clerk
110 North Heber Street,
Room 119
Beckley, WV 25801

New, Taylor & Associates
Russell A. Williams
430 Harper Park Drive
Beckley, WV 25801