## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY DIVISION

| | | |
|---|---|---|
| **MICHAEL D. ROSE and** | ) | |
| **EDWARD L. HARMON, on their own** | ) | |
| **behalf and on behalf of all others** | ) | |
| **similarly situated,** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 5:22-cv-00405** |
| | ) | **(Judge Volk)** |
| **BETSY JIVIDEN, individually as an** | ) | |
| **employee of the West Virginia Division of** | ) | |
| **Corrections and Rehabilitation,** | ) | |
| **MICHAEL FRANCIS, individually as an** | ) | |
| **employee of the West Virginia Division of** | ) | |
| **Corrections and Rehabilitation,** | ) | |
| **LARRY WARDEN, individually as an** | ) | |
| **employee of the West Virginia Division of** | ) | |
| **Corrections and Rehabilitation,** | ) | |
| **BRAD DOUGLAS, individually and in** | ) | |
| **his official capacity as the acting** | ) | |
| **Commissioner of the West Virginia** | ) | |
| **Division of Corrections and** | ) | |
| **Rehabilitation,** | ) | |
| **JEFF S. SANDY, individually and in his** | ) | |
| **official capacity as the Cabinet Secretary** | ) | |
| **of the West Virginia Department of** | ) | |
| **Homeland Security,** | ) | |
| **The RALEIGH COUNTY** | ) | |
| **COMMISSION,** | ) | |
| **JOHN/JANE DOE EMPLOYEES OF** | ) | |
| **THE RALEIGH COUNTY** | ) | |
| **COMMISSION,** | ) | |
| **The FAYETTE COUNTY** | ) | |
| **COMMISSION,** | ) | |
| **JOHN/JANE DOE EMPLOYEES OF** | ) | |
| **THE FAYETTE COUNTY** | ) | |
| **COMMISSION,** | ) | |
| **The GREENBRIER COUNTY** | ) | |
| **COMMISSION,** | ) | |
| **JOHN/JANE DOE EMPLOYEES OF** | ) | |
| **THE GREENBRIER COUNTY** | ) | |
| **COMMISSION,** | ) | |

| | |
|---|---|
| **The MERCER COUNTY COMMISSION,** | ) |
| **JOHN/JANE DOE EMPLOYEES OF THE MERCER COUNTY COMMISSION,** | ) |
| **The MONROE COUNTY COMMISSION,** | ) |
| **JOHN/JANE DOE EMPLOYEES OF THE MONROE COUNTY COMMISSION,** | ) |
| **The SUMMERS COUNTY COMMISSION,** | ) |
| **JOHN/JANE DOE EMPLOYEES OF THE SUMMERS COUNTY COMMISSION,** | ) |
| **The WYOMING COUNTY COMMISSION,** | ) |
| **JOHN/JANE DOE EMPLOYEES OF THE WYOMING COUNTY COMMISSION,** | ) |
| **PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,** | ) |
| **JOHN/JANE DOE PRIMECARE EMPLOYEES,** | ) |
| **WEXFORD HEALTH SOURCES, INC.,** | ) |
| **JOHN/JANE DOE WEXFORD EMPLOYEES,** | ) |
| **JOHN/JANE DOE CORRECTIONAL OFFICERS,** | ) |
| **Defendants.** | ) |

## MOTION FOR LEAVE TO AMEND THE COMPLAINT

**COME NOW,** Plaintiffs, by the undersigned counsel, and pursuant to Fed. R. Civ. P. 15(a)(2), hereby move this Honorable Court for leave to amend the Amended Complaint to add an additional claim and to name an additional subclass representative Plaintiff. In further support of their Motion, Plaintiffs incorporate herein by reference the Memorandum of Law filed contemporaneously herewith.

**MICHAEL D. ROSE and EDWARD L. HARMON, on their own behalf and on behalf of all those similarly situated, By Counsel**

*/s/ Russell A. Williams*
Stephen P. New (WVSB No. 7756)
Russell A. Williams (WVSB No. 12710)
New, Taylor & Associates
430 Harper Park Drive
Beckley, West Virginia 25801
Ph: (304) 250-6017
Fax: (304) 250-6012
steve@newtaylorlaw.com
russell@newtaylorlaw.com

Timothy Lupardus (WVSB No. 6252)
The Lupardus Law Office
275 Bearhole Road
Pineville, West Virginia 24874
(304) 732-0250
office@luparduslaw.com

Zachary Whitten (WVSB No. 13709)
The Whitten Law Office
P.O. Box 753
Pineville, West Virginia 24874
zwhittenlaw@gmail.com

Robert Dunlap (WVSB No. 10012)
Robert Dunlap & Associates
208 Main Street
Beckley, West Virginia 25801
(304) 255-4762
robertdunlapesq@gmail.com

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that a true and correct copy of the foregoing *MOTION FOR LEAVE TO AMEND THE COMPLAINT* was filed with the clerk on November 18, 2022 via the Court's CM-ECF Filing System which will provide electronic notification to all counsel of record.

                                            */s/ Russell A. Williams*
                                            Russell A. Williams (WVSB No. 12710)
                                            New, Taylor & Associates
                                            430 Harper Park Drive
                                            Beckley, West Virginia 25801
                                            Ph: (304) 250-6017
                                            Fax: (304) 250-6012
                                            russell@newtaylorlaw.com