IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRIGNIA
BECKLEY DIVISION

**MICHAEL D. ROSE, and EDWARD L. HARMON, on their own behalf and on behalf of all others similarly situated,**

      **Plaintiffs,**

v.

**BETSY JIVIDEN, individually and in her official capacity as the Commissioner of the West Virginia Division of Corrections and Rehabilitaiton, et al.**

      **Defendants.**

**CIVIL ACTION NO.: 5:22-cv-00405**
**HONORABLE FRANK W. VOLK**

**DEFENDANT GREENBRIER COUNTY COMMISSION'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND JOINDER IN RESPONSE OF DEFENDANTS BETSEY JIVIDEN'S, BRAD DOUGLAS', AND JEFF SANDY'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

**NOW COMES** Defendant Greenbrier County Commission, by counsel, Wendy E. Greve, Benjamin B. Vanston and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and in response and in opposition to Plaintiffs' Motion for Leave to Amend Complaint (ECF No. 30) states as follows:

In response to Plaintiff's Motion to Amend their Complaint, Defendant hereby joins in and adopts as if fully restated herein, the Response of Defendants Betsy Jividen, Brad Douglas, and Jeff Sandy's Response in Opposition to Plaintiffs' Motion for Leave to Amend the Complaint. ECF No. 32. While Plaintiffs have moved this Court to file an Amended Complaint, a second Amended Complaint, no such proposed Amended Complaint has in fact been provided to Counsel for approval, or even to this Court in conjunction with their Motion for Leave. As Plaintiffs have failed to provide the proposed Amended Complaint the Defendant cannot determine whether or not the proposed

Amendment comports with Rule 15(a)(2) of the Federal Rules of Civil Procedure and specifically whether or not the proposed amendment would be futile or prejudicial.

WHEREFORE, for all the above stated reasons and as set forth in the Response of Defendants Betsy Jividen's, Brad Douglas', and Jeff Sandy's Response in Opposition to Plaintiffs' Motion for Leave to Amend the Complaint, Defendant Greenbrier County Commission respectfully requests that this Court **DENY** Plaintiffs' Motion for Leave to Amend Complaint and grant it any and all other such relief the Court deems proper and just.

>
> Greenbrier County Commission
> By Counsel,
>
> */s/ Wendy E. Greve*
> Wendy E. Greve, WV State Bar No. 6599
> Benjamin B. Vanston, WV State Bar No. 14146

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
901 Quarrier Street
Charleston, WV  25301
Telephone: (304) 344-0100
Facsimile: (304) 342-1545

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRIGNIA
BECKLEY DIVISION

**MICHAEL D. ROSE, and EDWARD L. HARMON, on their own behalf and on behalf of all others similarly situated,**

      **Plaintiffs,**

**v.**                                              **CIVIL ACTION NO.: 5:22-cv-00405**
                                                        **HONORABLE FRANK W. VOLK**

**BETSY JIVIDEN, individually and in her official capacity as the Commissioner of the West Virginia Division of Corrections and Rehabilitaiton, et al.**

      **Defendants.**

<u>**CERTIFICATE OF SERVICE**</u>

      The undersigned, counsel of record for Defendant, Greenbrier County Commission, does hereby certify on this 28th day of November 2022, that a true copy of the foregoing ***DEFENDANT GREENBRIER COUNTY COMMISSION'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND JOINDER IN RESPONSE OF DEFENDANTS BETSEY JIVIDEN'S, BRAD DOUGLAS', AND JEFF SANDY'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT*** was served upon opposing counsel through the Court's CM/ECF filing System as follows:

                Robert P. Dunlap, Esquire
                208 Main Street, Suite A
                Beckley, WV  25801
                ***Counsel for Plaintiffs***

                Timothy P. Lupardus, Esquire
                Lupardus Law Office
                P.O. Box 1680
                Pineville, WV  24874
                ***Counsel for Plaintiffs***

                Zachary K. Whitten, Esquire
                Whitten Law Office, L.C.
                P.O. Box 753
                Pineville, WV  24874
                ***Counsel for Plaintiffs***

Russell A. Williams, Esquire
Stephen P. New, Esquire
New, Taylor & Associates
430 Harper Park Drive
Beckley, WV 25801
***Counsel for Plaintiffs***

Chip E. Williams, Esquire
Jared C. Underwood, Esquire
Pullin, Fowler, Flanagan, Brown & Poe
252 George Street
Beckley, WV 25801
***Counsel for Michael Francis***

William E. Murray, Esquire
Anspach Meeks Ellenberger
500 Virginia Stret, East
Suite 525
Charleston, WV 25301
***Counsel for Betsy Jividen, Brad Douglas
and Jeff Sandy***

J. Victor Flanagan, Esquire
Daniel J. Burns, Esquire
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV 25801
***Counsel for The Raleigh County Commission***

Anne Liles O'Hare, Esquire
Offutt Simmons Simonton
949 Third Avenue
Huntington, WV 25701
***Counsel for PrimeCare Medical of West Virginia, Inc. and
John/Jane Doe PrimeCare Employees***

David E. Schumacher, Esquire
Jordan K. Herrick, Esquire
Bailey & Wyant
PO Box 3710
Charleston, WV 25337
***Counsel for Wexford Health Sources, Inc.***

John P. Fuller, Esquire
Bailey & Wyant
PO Box 3710
Charleston, WV  25337
**Counsel for Larry Warden**

Michael W. Taylor, Esquire
Harrison M. Cyrus, Esquire
Bailey & Wyant
PO Box 3710
Charleston, WV  25337
**Counsel for Fayette County Commission**

           */s/ Wendy E. Greve*
           Wendy E. Greve, WVSB No. 6599
           Benjamin B. Vanston, WVSB No. 14146

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
901 Quarrier Street
Charleston, WV  25301
Telephone:   (304) 344-0100
Facsimile:    (304) 342-1545