### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

| | |
|---|---|
| **MICHAEL D. ROSE**, on his own behalf and on behalf of all others similarly situated, et al. ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 5:22-cv-00405 |
| **JEFF S. SANDY**, individually and in his official capacity as the Cabinet Secretary of the West Virginia Department of Homeland Security, et al. ) ) ) ) ) ) | (Judge Volk) |
| Defendants. ) ) | |

### PLAINTIFFS' MOTION FOR SANCTIONS AGAINST WEXFORD HEALTH SOURCES, INC.

**COME NOW** Plaintiffs, by undersigned counsel, and pursuant to Rules 26, 30, 34, and 37 of the *Federal Rules of Civil Procedure*, hereby move this Honorable Court for entry of an Order sanctioning Defendant Wexford Health Sources, Inc. for failing to present an adequately prepared corporate representative pursuant to Plaintiffs' 30(b)(6) Deposition Notice and for failing to produce documents under Rule 34 pursuant to said Notice. In further support of their Motion, Plaintiffs incorporate herein by reference the accompanying memorandum of law.

                                              **MICHAEL D. ROSE**, on his own behalf and on behalf of all those similarly situated,

                                              **By Counsel**

                                              */s/ Stephen P. New*
                                              Stephen P. New (WVSB No. 7756)
                                              Amanda Taylor (WVSB No. 11635)
                                              New, Taylor & Associates
                                              430 Harper Park Drive

Beckley, West Virginia 25801
Ph: (304) 250-6017
Fax: (304) 250-6012
steve@newtaylorlaw.com
mandy@newtaylorlaw.com

Timothy Lupardus (WVSB No. 6252)
The Lupardus Law Office
275 Bearhole Road
Pineville, West Virginia 24874
(304) 732-0250
office@luparduslaw.com

Zachary Whitten (WVSB No. 13709)
The Whitten Law Office
P.O. Box 753
Pineville, West Virginia 24874
zwhittenlaw@gmail.com

Robert Dunlap (WVSB No. 10012)
Robert Dunlap & Associates
208 Main Street
Beckley, West Virginia 25801
(304) 255-4762
robertdunlapesq@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiffs hereby certifies that a true and correct copy of the foregoing *PLAINTIFFS' MOTION FOR SANCTIONS AGAINST WEXFORD HEALTH SOURCES, INC.* was filed with the clerk on August 9, 2023, via the Court's CM-ECF Filing System which will provide electronic notification to all counsel of record.

*/s/ Stephen P. New*
Stephen P. New (WVSB No. 7756)
