## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY DIVISION

| | |
|---|---|
| **MICHAEL D. ROSE**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 5:22-cv-00405 |
| ) | (Judge Volk) |
| **JEFF S. SANDY**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## MOTION FOR CLASS CERTIFICATION

COME NOW Plaintiffs, by undersigned counsel, and, pursuant to Rule 23 of the *Federal Rules of Civil Procedure* and this Court's Order [ECF 225], hereby moves this Honorable Court for certification of a class. Specifically, Plaintiffs seek certification of a class pursuant to Rule 23(b) based upon the satisfaction of all necessary prerequisites. In the alternative, Plaintiffs seek certification of an issue-based class pursuant to Rule 23(c). In further support of their motion Plaintiffs incorporate herein by reference the accompanying memorandum of law.

    **MICHAEL D. ROSE, et al.,**
    **By Counsel**

    /s/Amana J. Taylor
    Stephen P. New (WVSB No. 7756)
    Amanda J. Taylor (WVSB No. 11635)
    Russell A. Williams (WVSB No. 12710)
    New, Taylor & Associates
    430 Harper Park Drive
    Beckley, West Virginia 25801
    Ph: (304) 250-6017
    Fax: (304) 250-6012
    steve@newtaylorlaw.com
    russell@newtaylorlaw.com

    Timothy Lupardus (WVSB No. 6252)
    The Lupardus Law Office

275 Bearhole Road
Pineville, West Virginia 24874
(304) 732-0250
office@luparduslaw.com

Zachary Whitten (WVSB No. 13709)
The Whitten Law Office
P.O. Box 753
Pineville, West Virginia 24874
zwhittenlaw@gmail.com

Robert Dunlap (WVSB No. 10012)
Robert Dunlap & Associates
208 Main Street
Beckley, West Virginia 25801
(304) 255-4762
robertdunlapesq@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

| | |
|---|---|
| **MICHAEL D. ROSE**, *et al.*,           ) | |
|                                           ) | |
|      **Plaintiffs,**                      ) | |
|                                           ) | |
| v.                                        ) | Civil Action No. 5:22-cv-00405 |
|                                           ) | (Judge Volk) |
| **JEFF S. SANDY**, *et al.*,              ) | |
|                                           ) | |
|      **Defendants.**                      ) | |
| _____)  | |

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that a true and correct copy of the foregoing *Plaintiffs' Motion for Class Certification* was filed with the clerk on August 9, 2023 via the Court's CM-ECF Filing System which will provide electronic notification to all counsel of record.

/s/ Amanda J. Taylor
Amanda J. Taylor (WVSB#11635)