


**STATE OF WEST VIRGINIA**
**DEPARTMENT OF HOMELAND SECURITY**
**DIVISION OF CORRECTIONS AND REHABILITATIONS**

**BETSY JIVIDEN**
**COMMISSIONER**

**JEFF S. SANDY, CAMS, CFE**
**CABINET SECRETARY**

# After Action Report for Thursday, 07 April 2022 and Friday, 08 April 2022
## Special Operations Complete Search of SRJ&CF

| | |
|---|---|
| **To:** | **Mr. Steve Caudill, Director of Security Services (DSS)** |
| **Thru:** | **Ronnie Williams, Major (Chief of Special Operations)** |
| **From:** | **Bobby Berry, Lieutenant (Threat Assessment Officer for WVDCR)** |
| **Date:** | **Tuesday, 12 April 2022 (AAR Started)** |
| **Re:** | **After Action Report of the Search/Lighting Assessment Conducted at Southern Regional Jail and Correctional Facility along with finding from the Search.** |

I (Lt. Bobby Berry) was informed by my supervisor Major Ronnie Williams to prepare for a complete search of the Southern Regional Jail and Correctional Facility located at 1200 Airport Rd, Beaver, WV, 25813. This Officer immediately contacted Major Larry Warden at SRJ&CF to gather intel on exactly what he wanted and expected out of this search of his facility. Major Warden only asked for a search of SRJ&CF. There were no special interest cells or no specific items of concerns that was given to this Officer from the initial briefing over the phone with Major Warden or throughout the entire search of SRJ&CF.

A Warning Order and Operations Order was prepared and signed off on by Major Ronnie Williams and Superintendent Michael Francis and will be attached to this AAR for a search of SRJ&CF to be conducted approximately 0800 hours on Thursday, 07 April 2022 and Friday, 08 April 2022. It is important to note that this is the first time that WVDCR Special Operations Team (K-9, CNT, and CERT) has ever been invited to search SRJ&CF. Since this was the case, I informed Major Warden that when we do a search of a Facility, that we do not let anyone know that we are coming to search and explained in detail why we don't because we would lose the element of surprise of finding any major contraband items. Major Warden did state that Mr. Francis and himself were the only ones who knew that the search was going to be conducted at their facility.

**Command and Signal for the search of Southern Regional Jail and Correctional Facility are as followed:**

Incident Commanders:  Lieutenant Bobby Berry Overall Command from Central Office.
Major Michael Smith Jr – Assistant to Lt. Berry from HCC&J.
Lieutenant Wesley Williams-K-9 from MOCC&J.

Page 1 of 2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

RFP1 JS 023912

Unit Manager Nate Kendrick-CNT from MOCC&J.

**NOTE:**  Attached to this After-Action Report will be all the names of Special Operations personal that attended this search for two (2) days.

### The Execution for this search.

At approximately 0530 hours, on Thursday, 07 April 2022, Assist. Security`` Director Gene Bittinger and I conducted a lighting assessment of SRJ&CF.  Mr. Bittinger stated to me that he had arrived at 0300 hours and had already been inside the facility and conducted a walk-through.  I did observe several lights out to SRJ&CF and very dark areas such as at the Recreation Doors of every Outside Recreation Yard.  The following is a list of lights not working and their locations:

1.  Light not working on Pole in Staff Parking Lot (Left side facing SRJ&CF).
2.  Both Lights on each side of Entrance Canopy not working.
3.  No lighting on door to C-Pod Rec. Yard.  There is a camera in the area but dark.
4.  Light not working on C-Pod Wall.
5.  Lights not working between B&C Pods.  Dark at Rec. Yard door.
6.  2- Lights not working on B-Pod wall, facing the Parking Lot.
7.  Light not working on the back of B-Pod left side wall.
8.  Lights on Top of the back of B-Pod are not working.
9.  Lights not working on Top or on the walls of B-Pod opposite of the Parking Lot. (Behind Facility).
10. Rec. Yard between B&C Pods (Behind Facility) no light and dark at Rec. Yard Door.
11. 2 lights on C-Pods wall are not working. (Behind Facility).
12. 2 Lights not working on Top of C-Pod. (Behind Facility).  Very Dark in this area.
13. 3 Lights not working on A-Pods walls. (Behind Facility).
14. 2 Lights not working on the Back of A-Pod.
15. No Top Roof lights on A-Pod.  Very dark in this area.
16. Dark at A-Pod Rec Yards door.
17. 2 Lights not working on wall facing the Transportation/Booking area.
18. Wall light not working near back Medical Door.
19. Roof light not working over Transportation/Booking/Medical area.
20. 2 Pole Light not working over the vans parked in Sally Port.
21. 2 Bottom pole lights out on Top of Building.
22. Dark area around the Generator.
23. Light not working on wall above Southern Regional Jail label on building.

Other items of concern during this assessment are as followed:
1. Outside Transportation Fence on Gate was loose.  Major Warden informed me later that when the wind blows hard, they must go out there to put it back on the track for it to work properly and that it has been hit several times.
2. Lock and chain next to that gate is completely rusted.  No preventive maintenance and doesn't appear to have been open in a long while.
3. Roll up door to building in Sally Port was unlocked and lock was located above the regular door hanging.  FULL OF Mattresses.
4. I spoke to a Sergeant Blake in Booking Area.  I asked if cells were correct with the correct inmate in them and she stated, NO.  She also stated that they knew the Section they were in but not the cell.

Page **2** of **2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                          RFP1 JS 023913

5.  Sgt. Blake stated there is no communication on when cells are fixed to update the Count Board in Booking.
6.  Sgt. Blake stated that Medical personal come in the Booking Area to do initial booking of a suspect, but it was very difficult to get them back in Booking to do full intake to get them down in the appropriate Pod.
7.  Sgt. Blake stated that Law Enforcement keeps an eye on their numbers at the jail and when it reaches a certain number, Law Enforcement will conduct raids.
8.  1-B Gate located between Booking and Transportation was left open a lot during this search and the Transportation Door left wide open with cell phones, ballistic vests, vehicle keys, duty gear, Officers Jackets, and Institutional Radio's inside with no Staff Member around the area. Inmates are sitting on the bench in booking (unrestrained) while this is happening.
9.  Holding Cell 4 had windows to cell door cracked (spider webbed).
10. Crack in Central Controls Window.
11. There are 27 cameras in Central Control.  2 of the main ones are not working (Front Desk and Inter Gate).
12. COIII Miller stated you can-not see outer gate due to haziness at the camera of this gate.
13. COIII Miller stated the Button and Camera for the Front Entrance is in the back of Control.  It would appear to help if you had that access up in the front of Control which would save time and be able to see out into the Administration Area.  COIII Miller stated that on nightshift, there is only one Officer in Control and if they have staff shortage.  Area of concern, is if the Staff member is alone in Control and goes down for whatever reason, does the other staff have access to get inside control or even know where the keys are to accomplish this.

At approximately 0800 hours, the Special Operations Team began searching Southern Regional Jail and Correctional Facility.  The roof was also searched and checked for discrepancies.  The following is a list of concerns on the roof of SRJ&CF:
1.  B-Pod Tower is using shackles to secure the hatch door.
2.  Bottles, cigarettes butt, metal pipes, inmate shower shoes and trash are left is several areas on top of the roof.
3.  Female side of A-Pod should have the smaller screen over the Outside Rec. Yard.
4.  A-Pod Roof is leaking inside hallway.
5.  C-Pod Roof is leaking inside hallway.
6.  Over the Lobby area on roof, one vent is missing cover.
7.  A/C Unit is Frozen over.
8.  C-Pod Rec. Yard needs smaller screen over the Outside Rec. Yard near C-5.
9.  Outside door to C-Pod Rec Yard is rusted into at the bottom.
10. B-Pod Rec. Yard should have the smaller screen over the Outside Rec. Yard.  The Lt., who was with me, stated that people park at the Equipment place next to the back of Jail and have been seen near the Jail at this Rec Yard and could easily through stuff over the wall onto the Rec. Yard.
11. Garage is packed with different items and had to work around them to get to the roof.

In A-Pod there are cells that can be used but they have 3 or 4 in same cell in different sections while there are cells that are empty.  The following is a list of the maintenance discrepancy and/or contraband found in A-Pod:


A-1-Cell 1=Broken back window with leak, main cell light does not work, sprinkler head capped, hole where mirror used to be, and food feeder slot will not secure.

Page **3** of **2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

CELL IS OCCUPIED

A-1-Cell 2=Toilet broken, window busted in back of cell, and rust on window.
CELL IS OCCUPIED

A-1-Cell 3=Missing sprinkler head and hole where mirror was.
CELL IS OCCUPIED

A-1-Cell 4=Toilet broken, window busted in back of cell and rust on window.
Full of toilet paper.
CELL IS EMPTY

A-1-Cell 5=Cell light broken, window busted in back of cell and door locking pin is missing.
CELL IS OCCUPIED

A-1-Cell 6=Cell light not working, Broken window in back of cell, and food feeder slot will not secure.
CELL IS OCCUPIED

A-1-Cell 7=Door will not open with panel or key and no locking pin.
CELL IS EMPTY.

A-1-Cell 8=Light broken above toilet, cold water does not work, food feeder slot will not secure no locking pin.
CELL IS OCCUPIED

A-1-Cell 9=Window busted in back of cell, food feeder slot broken, main light does not work and no sprinkler in cell.
CELL IS EMPTY

A-1-Cell 10=Security light not working and hole in concrete by window.
CELL IS OCCUPIED

A-1-Cell 11=Cell window is broken with holes and no sprinkler head.
CELL IS EMPTY

A-1-Cell 12=Sprinkler heads capped, sink light broken and no locking pin for door.
CELL IS OCCUPIED

A-1-Cell 13=No sprinkler, main light broken and crack in window in back of cell.
CELL IS OCCUPIED

A-1-Cell 14=No working lights (2), and lock broken on food feeder slot.
CELL IS OCCUPIED

A-1-Cell 15=No locking pin on door, food feeder slot broken/will not secure, no hot water, 7-inch gap in wall by bunk and sprinklers capped.

Page 4 of 2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    RFP1 JS 023915

CELL IS OCCUPIED

A-1-Cell 16=Food feeder slot broken, hole in wall where mirror was, and no locking pin.
There was a home-made edge weapon found in the hole.
CELL IS OCCUPIED

The Dayroom in A-1- There was 3 big overhead lights out close to tower, clothing hanging on handrails
to dry and no bean holes were closed upon arrival in this section.
-Kiosk not working.
-Inmate Phones not working.
-Bottom Shower-Floor tile broken and appeared to have mildew.
-Top Shower-Light out, tile broken in floor, appeared to have mildew, vent broken and had trash and
clothing in floor.
-No inmate locker boxes to place clothing, food items, hygiene, or personal stuff in such as
letter/pictures/Legal paperwork.
-All food feeder slot is upside down and opened.

A-2-Cell 1=Broken back window and main cell light does not work.
CELL IS EMPTY

A-2-Cell 2=Sink light is broken, hot water continuously on, lower left of cell window is
cracked, and food feeder slot will not secure.
CELL IS OCCUPIED

A-2-Cell 3=No maintenance issues or contraband.
CELL IS OCCUPIED

A-2-Cell 4=Toilet broken, window busted in back of cell and rust on window.
CELL IS EMPTY

A-2-Cell 5=Cell light broken, window busted in back of cell and door locking pin is missing.
CELL IS OCCUPIED

A-2-Cell 6=Cell light not working, Broken window in back of cell, and food feeder slot will not
secure.
CELL IS OCCUPIED

A-2-Cell 7=Door will not open with panel or key and no locking pin.
CELL IS EMPTY.

A-2-Cell 8=Light broken above toilet, cold water does not work, food feeder slot will not secure
no locking pin.
CELL IS OCCUPIED

In Dayroom A-2= Big overhead light not working near tower window.
-Bottom Shower had tile broken, paint peeling, and whole room soaked with water.
-Top shower had a big hole in floor, leaks in Cell 7 and 8 and is OUT OF ORDER/Useable.
-Kiosk in Dayroom is broken/not working.
-Build up on Dayroom sprinklers

Page 5 of 2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    RFP1 JS 023916

-Phones do not work by Kiosk
-No inmate locker boxes to place clothing, food items, hygiene, or personal stuff in such as letter/pictures/Legal paperwork.

    A-3-Cell 1=Leak in sink, main cell light broken, and cell window is busted in the back of cell.
        CELL IS OCCUPIED

    A-3-Cell 2=No maintenance issues or contraband.
        CELL IS OCCUPIED

    A-3-Cell 3=Sink light is broken; back window is broken, and food feeder slot is broken.
        CELL IS OCCUPIED

    A-3-Cell 4=Back cell glass is broken.
        CELL IS OCCUPIED

    A-3-Cell 5= No maintenance issues or contraband.
        CELL IS OCCUPIED

    A-3-Cell 6=Sink light broken, mirror broken, and food feeder slot broken.
        CELL IS OCCUPIED

    A-3-Cell 7=Back cell window cracked.
        CELL IS OCCUPIED

    A-3-Cell 8=Cell window busted in back.
        CELL IS OCCUPIED

Dayroom in A-3 there was 6 residence living in the floor.
-Big overhead light out near cells.
-Second tower window is broken from left to right.
-Shower leaks into cell next to it, floor tile broken, shower running all the time, paint peeling and vent in shower is rusted.
-Kiosk is broken.
-Phone not working.

    A-4-Cell 1=No maintenance issues or contraband.
        CELL IS OCCUPIED

    A-4-Cell 2=No maintenance issues or contraband.
        CELL IS OCCUPIED

    A-4-Cell 3=Gap between door frame and wall, what appears to have mildew in the upper corner of cell, light above sink does not work and toilet has no water.
        CELL IS OCCUPIED

    A-4-Cell 4=No maintenance issues or contraband.
        CELL IS OCCUPIED

Page **6** of **2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        RFP1 JS 023917

A-4-Cell 5=Right side light flashes.
 CELL IS OCCUPIED

A-4-Cell 6=Bare wires EXPOSED from speaker box and light above sink does not work.
 CELL IS OCCUPIED

A-4-Cell 7=Big light does not work; window is cracked, and food feeder slot does not work.
 CELL IS OCCUPIED

A-4-Cell 8=No cold water, hot water constantly running and toilet leaks at the bottom.
 CELL IS OCCUPIED

A-4-Cell 9=No maintenance issues or contraband.
 CELL IS OCCUPIED

A-4-Cell 10=Back cell window is broken.
 CELL IS OCCUPIED

A-4-Cell 11=Both cell lights not working, toilet leaks, back window is cracked and food feeder
 will not secure.
 CELL IS OCCUPIED

A-4-Cell 12=Window is cracked, and food feeder slot will not secure.
 CELL IS OCCUPIED

A-4-Cell 13=Light above sink does not work, sink constantly runs and food feeder slot not
 working.
 CELL IS OCCUPIED

A-4-Cell 14=Toilet leaks.
 CELL IS OCCUPIED

A-4-Cell 15=Broken mirror.
 CELL IS OCCUPIED

A-4-Cell 16=No maintenance issues or contraband.
 CELL IS OCCUPIED

Dayroom in A-4 had 19 residences living on floor. If residences didn't have a boat in the floor, the team gave them what they had that were extras collected from the other sections searched. Team members also found better mattresses and replaced the ones that needed it. Each cell in this section had approximately 3 residences living in each cell. The 19 residences in dayroom use Cell 14 to use the bathroom when needed but also stated they were urinating in the showers.
-Water fountain in dayroom leaks.
-Bottom shower has plastic walls that is breaking away from cement wall. Vent cover broken, light not working in shower, paint peeling, tile broken, mildew, and a strong odor of urine coming from this

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   RFP1 JS 023918

shower.

-Top shower DOES NOT WORK.  Paint peeling off wall, light out, tile broken, plastic coming off wall and mildew.  A strong odor of urine coming from this shower.

-Kiosk not working

-Phones not working.

A-5-Cell 1=Outside window cracked and little light in cell does not work.
    CELL IS OCCUPIED

A-5-Cell 2=Cold water does not work, and window is cracked.
    CELL IS OCCUPIED

A-5-Cell 3= No maintenance issues or contraband.
    CELL IS OCCUPIED

A-5-Cell 4=Small light in cell, and food feeder slot will not shut.
    CELL IS OCCUPIED

A-5-Cell 5=No maintenance issues.  There was Tattoo paraphernalia and new tattoos on both
    residences in cell.
    CELL IS OCCUPIED

A-5-Cell 6=Sink will not stop running.
    CELL IS OCCUPIED

A-5-Cell 7=No maintenance issues or contraband.
    CELL IS OCCUPIED

A-5-Cell 8=Smaller light in cell not working.
    CELL IS OCCUPIED

A-5-Cell 9=No maintenance issues or contraband.
    CELL IS OCCUPIED

A-5-Cell 10= No maintenance issues or contraband.
    CELL IS OCCUPIED

A-5-Cell 11= No maintenance issues or contraband.
    CELL IS OCCUPIED

A-5-Cell 12=Window broken, small light does not work, and food feeder slot will not shut.
    CELL IS OCCUPIED

A-5-Cell 13=Toilet will not flush.  Tattoo paraphernalia, homemade sexual device, 2-toe nail
    clippers, inmate ID card, 2-radio's and container with piercings and pills.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              RFP1 JS 023919

Incident report # 00421352.
CELL IS OCCUPIED

A-5-Cell 14=Window is cracked.
CELL IS OCCUPIED

A-5-Cell 15=Window is broken.
CELL IS OCCUPIED

A-5-Cell 16=Toilet will not flush and window is cracked.
CELL IS OCCUPIED

Dayroom in A-5 has a water fountain that does not work.
-Over head dayroom lights out near cell 15 and near tower. Total of 2.
-All cell doors were capped.
-Vent in Pod ceiling is leaking on the table near main door.
-Bottom shower has tile broken.
-Plastic walls broken away from cement wall.
-Paint Peeling.
-vent is broken.
-Mildew in shower.
-Top Shower vent is broken.
-Tile in floor is broken up.
-Paint is peeling.
-Kiosk not working.
-Phone not working.

A-6-Cell 1=No maintenance issues.  Contraband found was ink in bottle, gel to be melted down,
Tattoo needles, and 2 pills.  Incident report # 00421331.
CELL IS OCCUPIED

A-6-Cell 2=Food feeder slot broke, toilet not working, back window busted, light above
sink will not come on and needs paint.
CELL IS OCCUPIED

A-6-Cell 3= No maintenance issues.  Needle, hooch, burnt material in envelope, lighter and pills.
Incident report #'s 00421323, 00421324 and 00421325.
CELL IS OCCUPIED

A-6-Cell 4=Toilet is clogged, food feeder slot broke, and small light in cell is broken.
CELL IS OCCUPIED

A-6-Cell 5=Window is broken, and food feeder slot is broke.
CELL IS OCCUPIED

A-6-Cell 6=Food feeder slot will not shut.  Contraband was what appeared to be hooch
(alcohol) needles and ink. Incident report #'s 00421326 and 00421327.

Page **9** of **2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    RFP1 JS 023920

CELL IS OCCUPIED

A-6-Cell 7=Window cracked, Food feeder slot not working, and bigger light in cell not working.
CELL IS OCCUPIED

A-6-Cell 8=Hole in wall, both lights do not work, sprinkler in leaking, water in Light, and cold
water does not work.
CELL IS OCCUPIED

Dayroom in A-6 has one overhead light out.
-Shower paint is peeling, mildew, light not working, and tile is broken.
-Kiosk not working.
-Phone does not work.

A-7-Cell 1=Small light does not work, and food feeder slot does not work.
CELL IS OCCUPIED

A-7-Cell 2=No sprinkler, hole in wall, and window is cracked.
CELL IS OCCUPIED

A-7-Cell 3=Window is cracked, sink leaking, and sprinkler missing.
CELL IS OCCUPIED

A-7-Cell 4=Cell door lock will not turn, window is cracked, and big light does not work.
CELL IS OCCUPIED

A-7-Cell 5=Food feeder slot not working.
CELL IS OCCUPIED

A-7-Cell 6=Window is leaking, and sprinkler missing but capped.  $11.00 in cash was found in
Search of this cell.  Incident report # 00421329.
CELL IS OCCUPIED

A-7-Cell 7=Window is cracked, Food feeder slot not working, and big light not working.
CELL IS OCCUPIED

A-7-Cell 8=Hole in wall, both lights do not work (2), sprinkler is leaking, water in light, and
cold water is not working.
CELL IS OCCUPIED

Dayroom in A-7 has big light out near stairs.
-Shower has broken tile.
-Paint is peeling.
-Light is out.
-Mildew.
-Cells 1,2, and 3 appear to have mildew in cell.
-Kiosk doesn't work.
-Phone does not work.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    RFP1 JS 023921

A-8-Cell 1=Door is hard to open, and broken window.
    CELL IS OCCUPIED

A-8-Cell 2=Window is cracked and light on right side is cracked.
    CELL IS OCCUPIED

A-8-Cell 3= No maintenance issues or contraband.
    CELL IS OCCUPIED

A-8-Cell 4=Cracked window, and toilet is clogged up.
    CELL IS OCCUPIED

A-8-Cell 5=Food feeder slot broken, window is cracked, and metal rusting around sink.  Two
    pieces of paper were taken and turned over to Investigators at SRJ&CF.
    CELL IS OCCUPIED

A-8-Cell 6=Water leaking around toilet.
    CELL IS OCCUPIED

A-8-Cell 7=Food feeder slot broken, no hot water, and no working lights (2).
    CELL IS OCCUPIED.

A-8-Cell 8=Cracked window, food feeder slot will not secure, and missing sprinkler head.
    CELL IS OCCUPIED

A-8-Cell 9=No maintenance issues or contraband.
    CELL IS OCCUPIED

A-8-Cell 10=Window is broken and appears to have mildew in cell.
    CELL IS OCCUPIED

A-8-Cell 11= No maintenance issues or contraband.
    CELL IS OCCUPIED

A-8-Cell 12=Light above sink is not working, window cracked along with leaking, and appears to
    mildew in cell.
    CELL IS OCCUPIED

A-8-Cell 13=No maintenance issue.  Found tiles from shower in cell along with note from
    another cell. Incident report # 00421319.
    CELL IS OCCUPIED

A-8-Cell 14=Window is cracked, toilet will not flush, light does not work and mildew in the
corner of cell.
    CELL IS OCCUPIED

A-8-Cell 15=Food tray slot hard to close, crack in back cell window and big cell light does not
work.

**Page 11 of 2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

CELL IS OCCUPIED

A-8-Cell 16=Lights do not work in cell (2) and window is cracked.
CELL IS OCCUPIED

Dayroom in A-8 had two (2) big overhead lights out.
-Bottom shower tile is crack bad.
-Paint Peeling.
-Clothing in floor of shower.
-Top shower out of order.
-Tile is broken bad.
-Paint peeling.
-Kiosk not working.
-Phone not working and missing screws.

The following will be a list of discrepancies and/or contraband found in B-Pod:

B-1-Cell 1=Each cell lights out (2).  Possible marijuana, possible suboxone and letters from
other cells were gathered as evidence and given to Investigators at SRJ&CF.
CELL IS OCCUPIED

B-1-Cell 2=Metal mirror ripped, both lights are not working (2), toilet leaks and mildew on walls.
CELL IS OCCUPIED

B-1-Cell 3=Top bunk is broken, and toilet leaks.
CELL IS OCCUPIED

B-1-Cell 4=Top bunk broken, window is shattered, mirror is broken, and toilet will not flush.
CELL IS OCCUPIED

B-1-Cell 5=Toilet does not work, large light does not work, top bunk broken (needs replaced),
metal mirror ripped and hole in wall above vent.
CELL IS OCCUPIED

B-1-Cell 6=Broken window, and mirror bent and broken.
CELL IS OCCUPIED

B-1-Cell 7=No maintenance issues or contraband.
CELL IS OCCUPIED

B-1-Cell 8=Exterior of door will not stay open.
CELL IS OCCUPIED

B-1-Cell 9=Back glass busted out, sink leaks, and toilet does not work.
CELL IS EMPTY

B-1-Cell 10=Cell door does not secure.  Tattoo needle, piece of mirror (edged weapon), and
edged weapon.  Incident report # 00421497 and 00421500.

Page **12** of **2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

RFP1 JS 023923

CELL IS OCCUPIED

B-1-Cell 11=Back glass busted out, sink constantly runs, and toilet leaks.
CELL IS OCCUPIED

B-1-Cell 12=Door striker plate damaged, sink constantly runs, and toilet leaks.
CELL IS OCCUPIED

B-1-Cell 13=Sink constantly runs, large light in cell out, and top bunk is broken.
CELL IS OCCUPIED

B-1-Cell 14=No maintenance issues or contraband.
CELL IS OCCUPIED

B-1-Cell 15=Hole in window, hole in wall, and neither light works.
CELL IS EMPTY

B-1-Cell 16=Toilet leaks, sink constantly runs, and large light will not turn on.
CELL IS OCCUPIED

Dayroom in B-1 has three (3) overhead lights out.
-Bottom shower vent cover is broke.
-Paint peeling.
-Mildew.
-Plastic wall cracking.
-Tile is missing.
-Water running from shower.
-Kiosk not working.
-Phone not working.

B-2-Cell 1=Large light busted with exposed wires.
CELL IS OCCUPIED

B-2-Cell 2=Window is rusted and leaks, both lights are out (2), no water, sink is broken and
sprinkler is broken.
CELL IS OCCUPIED

B-2-Cell 3=Large light not working, toilet will not flush, and sink does not work.
CELL IS OCCUPIED

B-2-Cell 4=Small light does not work; no hot water and toilet is leaking.
CELL IS OCCUPIED

B-2-Cell 5=No maintenance issues or contraband.
CELL IS OCCUPIED

B-2-Cell 6= No maintenance issues or contraband.
CELL IS OCCUPIED

Page 13 of 2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

B-2-Cell 7=Sink is broken, window is leaking, and toilet is broken.
        CELL IS OCCUPIED

B-2-Cell 8=Cell window is broken, door strike plate missing screws, sink does not work,
        Toilet leaks and mildew in cell.
        CELL IS OCCUPIED

Dayroom of B-2 has fire alarms covered with toilet paper.
-Bottom shower has light out.
-Mildew.
-Paint peeling.
-tiles missing in shower floor.
-Top shower vent is rusted and covered with toilet paper.
-tile is broken in floor.
-Paint peeling and mildew.
-Kiosk not working.
-Phone not working.

B-3-Cell 1=Hot water does not work.
        CELL IS OCCUPIED

B-3-Cell 2=Toilet does not flush.
        CELL IS OCCUPIED

B-3-Cell 3=Small light does not work.
        CELL IS OCCUPIED

B-3-Cell 4=Sink has a hole, big light does not work, toilet leaks, and crack on back wall.
        CELL IS OCCUPIED

B-3-Cell 5=Back window is cracked, both lights do not work (2), two (2) holes where wall meets
ceiling.
        CELL IS OCCUPIED

B-3-Cell 6=Wall light does not work, mirror missing bolts and bottom of window seal is rusted.
        CELL IS OCCUPIED

B-3-Cell 7=Toilet does not work, what appears to be mildew and crack in window.
        CELL IS OCCUPIED

B-3-Cell 8=Toilet leaks, sink leaks, and window is leaking.
        CELL IS OCCUPIED

Dayroom in B-3 has two overhead lights not working.
-Fire alarm is covered with toilet paper.
-Shower has mildew.
-Paint Peeling in shower.

**Page 14 of 2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        RFP1 JS 023925

-tile is broken in shower.
-Vent is rusted and part of metal is missing.
-Kiosk is not working.
-Phone not working.

B-4-Cell 1=No maintenance issues or contraband.
   CELL IS OCCUPIED

B-4-Cell 2=Window is broken, toilet is leaking, and door latch hinge is missing.
   CELL IS OCCUPIED

B-4-Cell 3=Toilet cracked and leaks, door missing bolts, mirror ripped and missing bolts.
   CELL IS OCCUPIED

B-4-Cell 4=Big light does not work.
   CELL IS OCCUPIED

B-4-Cell 5=Big light busted in cell, and door will not secure properly.
   CELL IS OCCUPIED

B-4-Cell 6=Bolt missing in door, door window cracked, wall light missing screw, and hole where wall meets ceiling.
   CELL IS OCCUPIED

B-4-Cell 7=No maintenance issues or contraband.
   CELL IS OCCUPIED

B-4-Cell 8=Sink running continuously.
   CELL IS OCCUPIED

B-4-Cell 9=Sink runs continuously, and big light does not work in cell.
   CELL IS OCCUPIED

B-4-Cell 10=Mirror above sink is broke.
   CELL IS OCCUPIED

B-4-Cell 11=Toilet leaks, and back window cracked.
   CELL IS OCCUPIED

B-4-Cell 12=Broken sink.
   CELL IS OCCUPIED

B-4-Cell 13=Small light is out in cell.
   CELL IS OCCUPIED

B-4-Cell 14=Bottom of sink is broken, big light out, and water continuously runs.
   CELL IS OCCUPIED

Page **15** of **2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

B-4-Cell 15=Sink does not work, and window cracked and leaks.
  CELL IS OCCUPIED

B-4-Cell 16=Water leaks from shower into room, no hot water and window is broken.
  CELL IS OCCUPIED

Dayroom in B-4 has overhead light out over cell one.
-Bottom shower has water running continuously.
-Light out in shower.
-Mildew.
-Paint peeling.
-Vent cover missing.
-Water running outside in dayroom and into Cell 16.
-Kiosk not working.
-Phone not working.
-Top shower paint is peeling, and vent is rusted.

B-5-Cell 1=Wall light needs replaced due to being broke.
  CELL IS OCCUPIED

B-5-Cell 2=No hot water.
  CELL IS OCCUPIED

B-5-Cell 3=No hot water.
  CELL IS OCCUPIED

B-5-Cell 4=Window is cracked, and cell door does not secure.
  CELL IS OCCUPIED

B-5-Cell 5=Window seal busted along with leaking, big light is missing screws and toilet leaks.
  CELL IS OCCUPIED

B-5-Cell 6=Back window is broken, wall light missing screws, sink is broken, mold in cell,
  and toilet is broken.
  CELL IS OCCUPIED

B-5-Cell 7=No maintenance issues.  Tattoo gun with ink, inhaler, and razor blades.
  Incident report # 00421521.
  CELL IS OCCUPIED

B-5-Cell 8=No cold water.
  CELL IS OCCUPIED

B-5-Cell 9=Both lights not working, button on toilet leaks, rust on walls, and mildew where toilet
  leaks.

Page **16** of **2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          RFP1 JS 023927

CELL IS OCCUPIED

B-5-Cell 10=Sink not working.
         CELL IS OCCUPIED

B-5-Cell 11=No water and hole in back window.
         CELL IS EMPTY

B-5-Cell 12=Rust all over walls from metal that was installed, no water in sink, and toilet is
         broken.
         CELL IS EMPTY

B-5-Cell 13=Door plate is missing, mildew in cell, wall light does not work, hole burnt in plastic
         of big light, and back window is cracked.
         CELL IS OCCUPIED

B-5-Cell 14=Cell door window busted, sink is broken, and toilet leaks but doesn't work.
         CELL IS OCCUPIED

B-5-Cell 15=Sink will not drain, and big light does not work.
         CELL IS OCCUPIED

B-5-Cell 16=Sink is broken.
         CELL IS OCCUPIED

Dayroom in B-5 has a lot of toilet paper in speaker.
-Overhead light out near stairwell.
-Water fountain in dayroom not working.
-Bottom shower is continuously running.  Vent cover is missing but frame is rusted, tile broken in floor,
Plastic on wall is coming of cement wall, mildew, and paint is peeling.
-Top shower has exact same issues as bottom. Continuous water running.
-Kiosk not working.
-Phone not working.

B-6-Cell 1=Both lights out in cell, and cracked window.
         CELL IS OCCUPIED

B-6-Cell 2=Exposed wires on lights and window cracked.
         CELL IS OCCUPIED

B-6-Cell 3=Both lights not working in cell, cracked window, top bunk loose from wall, and
         Graffiti on all walls.
         CELL IS OCCUPIED

B-6-Cell 4=Both lights not working in cell, and window is cracked.
         CELL IS OCCUPIED

B-6-Cell 5=Back window is busted, door will not open and hole in back window.
         CELL IS EMPTY

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    RFP1 JS 023928

B-6-Cell 6=Both lights out in cell, crack in window, and toilet leaks.
    CELL IS OCCUPIED

B-6-Cell 7=Water running into cell from shower, cold water does not work, window is broken,
    Both lights out in cell, and toilet leaks on floor.
    CELL IS OCCUPIED.

B-6-Cell 8=Both lights not working in cell, no cold water, frame around window is bad, cracked
    window, and toilet button is leaking.
    CELL IS OCCUPIED

Dayroom in B-6 has rust running out of all chase doors.
-Two (2) metal shanks recovered in vent hole in shower.
-Shower has mildew, paint peeling, vent cover missing along with frame rusted, and tile is broken in floor.
-Kiosk not working.
-Phone not working.

B-7-Cell 1=Window is cracked, and mildew in cell.
    CELL IS OCCUPIED

B-7-Cell 2=Light is cracked on inside.
    CELL IS OCCUPIED

B-7-Cell 3=Toilet does not work, and door will not secure.
    Contraband found was as followed in this cell:  Multiple inmate ID's, three (3) altered
    radios, tattoo paraphernalia, one (1) nail, multiple broken razors, glass frames with no
    lenses, altered pen along with pencil, sheet of paper with a scent to it, multiple tattoo
    and directions to make meth.  Incident report # 00421513.
    CELL IS OCCUPIED

B-7-Cell 4=No cold water, big light does not work, high water pressure, mildew, and mattresses
    damaged.
    CELL IS OCCUPIED

B-7-Cell 5=No water in sink along with missing pieces to sink, big light does not work, water
    leaking into cell from chase, window is cracked, and toilet will not flush.
    CELL IS OCCUPIED

B-7-Cell 6=Toilet leaks, wall is leaking and sink leaks.
    CELL IS OCCUPIED

B-7-Cell 7=Cold water will not shut off.
    CELL IS OCCUPIED

B-7-Cell 8=Toilet leaks.
    CELL IS OCCUPIED

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    RFP1 JS 023929

Dayroom in B7 has only one working overhead light.
-Dayroom stairs need repaired.
-Bottom shower has paint peeling, tile broke, vent is rusted into, and has mildew.
-Top shower has paint peeling, rusted vent cover, mildew, and no hot water.
-Kiosk not working.
-Phone not working.

B-8-Cell 1=No water, toilet leaks, and mildew.
    CELL IS OCCUPIED

B-8-Cell 2=Back window cracked, toilet leaks and sink will not shut off.
    CELL IS OCCUPIED

B-8-Cell 3=No maintenance issues or contraband.
    CELL IS OCCUPIED

B-8-Cell 4=Sink will not shut off, window cracked, and toilet leaking.
    CELL IS OCCUPIED

B-8-Cell 5=Rust on walls, toilet will not flush, sink will not shut off and door hinge is missing
    two (2) screws.
    CELL IS OCCUPIED

B-8-Cell 6=Mildew in cell.
    CELL IS OCCUPIED

B-8-Cell 7=Window is cracked.
    CELL IS OCCUPIED

B-8-Cell 8=Toilet leaks for handle.
    CELL IS OCCUPIED

B-8-Cell 9=Water running constantly, and intercom does not work.
    CELL IS OCCUPIED

B-8-Cell 10=Sink does not work, window is cracked, and light is cracked.
    CELL IS OCCUPIED

B-8-Cell 11=Back glass is cracked, and mildew in cell.
    CELL IS OCCUPIED

B-8-Cell 12=No maintenance issues or contraband.
    CELL IS OCCUPIED

B-8-Cell 13=Back window broken, toilet leaks, no hot water, big light broken and hole above
    top bunk.

**Page 19 of 2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    RFP1 JS 023930

CELL IS OCCUPIED

B-8-Cell 14=No hot water, and toilet leaks.
Contraband found tattoo needles and razor blades. **Incident report #** 00421495.
CELL IS OCCUPIED

B-8-Cell 15=Crack in window, toilet leaks, and graffiti all over the wall in cell.
CELL IS OCCUPIED

B-8-Cell 16=Door glass is cracked and sink water will not shut off.
CELL IS OCCUPIED

Dayroom in B-8 has an overhead light out near stairwells.
-Bottom shower has vent broken out, paint peeling, tile broken in floor, mildew, plastic wall coming off cement wall.
-Top shower needs floors and walls completely redone, plastic on wall is coming off cement wall, vent clogged up, tile broken, paint peeling and a really strong odor of urine.
-Kiosk not working.
-Phone not working.

The following is a list of the maintenance discrepancy and/or contraband found in C-Pod:

C-1-Cell 1=Cell door window is broken, back window is broken, both lights broken, and sprinkler is broken.
CELL IS OCCUPIED

C-1-Cell 2=Both cell lights broken.
CELL IS OCCUPIED

C-1-Cell 3=What appears to be fecal matter in cell and cell is DEADLINED.
CELL IS EMPTY

C-1-Cell 4=Both cell lights broken, wall light is missing screen, door hinge broken (bolt missing), gap in wall above light and toilet leaks.
CELL IS OCCUPIED

C-1-Cell 5=No maintenance issues or contraband.
CELL IS OCCUPIED

C-1-Cell 6=Both lights are broken, bottom window plate is rusted, mildew, and graffiti on walls.
CELL IS OCCUPIED

C-1-Cell 7=Both lights broken.
CELL IS OCCUPIED

C-1-Cell 8=Both lights broken, and door will not properly secure.
CELL IS OCCUPIED

Page **20** of **2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    RFP1 JS 023931

C-1-Cell 9=Sink has been removed from wall, and strike plate on wall missing bolts.
      CELL IS EMPTY

C-1-Cell 10=Cell door window busted, both lights busted, back window panel rusted,
      and top hinge on door is broken.
      CELL IS OCCUPIED

C-1-Cell 11=Door will not open once secured.
      CELL IS OCCUPIED

C-1-Cell 12=No sink.
      CELL IS EMPTY

C-1-Cell 13=Both lights broken in cell.
      CELL IS OCCUPIED

C-1-Cell 14=Both lights not working, toilet leaks, busted sprinkler head and cell door will not
      secure.
      CELL IS OCCUPIED

C-1-Cell 15=Broken window, sink broken along with continuous running water, light will not
      Work, toilet does not flush, hole in wall and sprinkler capped.
      CELL IS EMPTY

C-1-Cell 16=Both lights broken, and only has cold water.
      CELL IS OCCUPIED

Dayroom in C-1 has two (2) overhead light out near cells.
-Bottom shower has continuous running water, tile broken, paint peeling, mildew, light don't work in shower and vent in shower is broken.
-Top shower has light out, tiles broken, mildew, peeling paint and vent broken.
-Kiosk is not working.
-Phone not working.

C-2-Cell 1=Door does not secure, both lights broken, sink broken and hole in wall to next section.
      CELL IS EMPTY

C-2-Cell 2=Door does not secure, sink broken, and window to door is broken.
      CELL IS EMPTY

C-2-Cell 3=Both lights are broken.
      CELL IS OCCUPIED

C-2-Cell 4=Cell door window busted and sink broken.
      CELL IS OCCUPIED

C-2-Cell 5=Sink broken and both lights broken.
      CELL IS EMPTY

Page 21 of 2

C-2-Cell 6=Both lights broken, door hinge needs adjusted, sink drain broken and window
Broken.
CELL IS OCCUPIED

C-2-Cell 7=Sink broken and both lights broken.
CELL IS EMPTY

C-2-Cell 8=Sink broken with hole, mirror broken, both lights broken, and back window is
broken.
CELL IS OCCUPIED

Dayroom in C-2 has a water fountain broken.
-Bottom shower has light out, rusted vent cover, and paint peeling
-Top shower has light out, tiles broke and paint peeling.
-Kiosk not working.
-Phone not working.

C-3-Cell 1=Big light broken, sink broken and window broken.
CELL IS EMPTY

C-3-Cell 2=Water in floor, sink does not work, and back window is busted.
CELL IS OCCUPIED

C-3-Cell 3=Sink clogged, and water must be shut off or sink overfills.
CELL IS OCCUPIED

C-3-Cell 4=Back window is broken, and mirror broken.
CELL IS OCCUPIED

C-3-Cell 5=Sink broken, big light is broken, cell door window broken and hinge needs
replaced on cell door.
CELL IS OCCUPIED

C-3-Cell 6=Door will not open.
CELL IS EMPTY

C-3-Cell 7=Toilet leaks, door will not secure, sink drain broken, back window broken, mirror
broken, broken door hinge bolt and missing clothes hook.
CELL IS OCCUPIED.

C-3-Cell 8=Cell door window broken.
CELL IS OCCUPIED

Dayroom in C-3 smells bad.
-Shower light is out, tile broken and fecal matter in shower.
-Kiosk is not working.
-Phone not working.

**Page 22 of 2**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    RFP1 JS 023933

C-4-Cell 1=Cell door window is broken, door hinges bent/broken, mirror broken/missing bolts, screws missing from mirror, sink is clogged, and door will not secure.
CELL IS OCCUPIED

C-4-Cell 2=No water and mirror broken.
CELL IS OCCUPIED

C-4-Cell 3=Toilet is leaking, and back window is broken/leaking.
CELL IS OCCUPIED

C-4-Cell 4=Hinges missing bolts, sink broken, and pins missing from mirror.
CELL IS OCCUPIED

C-4-Cell 5=Big light broken, both windows broken and water leaks on wall.
CELL IS EMPTY

C-4-Cell 6=Sink does not work, water does not work, gnat all over cell and leak in back of cell.
CELL IS OCCUPIED

C-4-Cell 7=Crack in back glass, mildew, and both lights broken.
CELL IS EMPTY

C-4-Cell 8=Water leaking from toilet.
CELL IS EMPTY

C-4-Cell 9=Sink along with toilet leaks, and big light broken.
CELL IS OCCUPIED

C-4-Cell 10=Cracked window in back of cell, cell is flooded with residences on floor and toilet leaking.
CELL IS OCCUPIED

C-4-Cell 11=Big light broken with exposed wires and hole in window.
CELL IS OCCUPIED

C-4-Cell 12=Big light not working and gnats everywhere in this cell.
CELL IS OCCUPIED

C-4-Cell 13=Both windows are broken, and big light broken.
Incident report # 00421356.
CELL IS OCCUPIED

C-4-Cell 14=Sink light broken.
CELL IS OCCUPIED

C-4-Cell 15=No maintenance issues or contraband.
CELL IS OCCUPIED

Page 23 of 2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                              RFP1 JS 023934

C-4-Cell 16=Big light broken and both windows cracked.
     CELL IS OCCUPIED

Dayroom in C-4 has gnats everywhere.
-Bottom shower no lights, rust running down wall in shower, paint is peeling, gnats and mildew.
-Top shower hole in vent cover, smells like urine, tiles broken, gnats and mildew.
-Should be careful when locking offender in cell due to no running water in cell.
-Kiosk not working.
-Phone not working.

C-5-Cell 1=Light above sink is not working; toilet does not work, and mirror ripped off.
     CELL IS OCCUPIED

C-5-Cell 2=Both Lights broken, window is busted and water pressure too high.
     CELL IS OCCUPIED

C-5-Cell 3=No hot water, and intercom not working.
     CELL IS OCCUPIED

C-5-Cell 4=Toilet broken.
     CELL IS OCCUPIED

C-5-Cell 5=Sink stopped up and both lights in cell are out.
     CELL IS OCCUPIED

C-5-Cell 6=Toilet does not flush and both lights are not working.
     Contraband removed from this cell was a soda bottle which appeared to have hooch in it.
     CELL IS OCCUPIED

C-5-Cell 7=No maintenance issues or contraband.
     CELL IS EMPTY.

C-5-Cell 8=Big light not working, mirror cracked in half.
     CELL IS OCCUPIED

C-5-Cell 9=Door hinges loose, sink will not drain, metal mirror ripped, big light broken toilet does not flush.
     CELL IS OCCUPIED

C-5-Cell 10=Broken sink.
     CELL IS OCCUPIED

C-5-Cell 11=No maintenance issues or contraband.
     CELL IS EMPTY

C-5-Cell 12=Sink has hole, no water, both lights not working and mildew in cell.
     CELL IS OCCUPIED

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
     RFP1 JS 023935

C-5-Cell 13=No maintenance issues or contraband.
  CELL IS EMPTY

C-5-Cell 14=Sink is broken at the bottom.
  CELL IS OCCUPIED

C-5-Cell 15=Lights not working, and top bunk broke in the middle.
  CELL IS OCCUPIED

C-5-Cell 16=Sink broken.
  CELL IS OCCUPIED

Dayroom in C-5 has two (2) overhead lights out next to main door and cell 15.
-Bottom shower has vent broken, tile broken in floor, paint peeling, and mildew.
-Top shower tile is broken up, paint peeling, and vent cover is covered up.
-Kiosk not working.
-Phone not working.

C-6-Cell 1=Hole in window.
  CELL IS EMPTY

C-6-Cell 2=Big light not working, and hole in wall at the top.
  CELL IS EMPTY

C-6-Cell 3=Both windows are broken, and both lights are broken.
  CELL IS OCCUPIED

C-6-Cell 4=No maintenance issues or contraband.
  CELL IS OCCUPIED

C-6-Cell 5=Window cracked, and small light glass is cracked.
  CELL IS OCCUPIED

C-6-Cell 6=Toilet is leaking, and window is leaking.
  CELL IS OCCUPIED

C-6-Cell 7=Small light is not working.
  CELL IS EMPTY

C-6-Cell 8=Mouse in cell, mildew, and water leaks.
  CELL IS OCCUPIED

Dayroom in C-6 has an overhead light out.
-Mouse running around pod.  The mouse was exterminated and removed from section.

Page 25 of 2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER  RFP1 JS 023936

-Shower has light out, tile is broken up in floor, and there was a bucket and clothing in shower.
-Kiosk not working.
-Phone no working.

     C-7-Cell 1=Cell covered in feces and door will not open.
          CELL IS EMPTY

     C-7-Cell 2=Toilet leaking, lights out, and window is cracked.
          CELL IS OCCUPIED

     C-7-Cell 3=Small light broken, and window broken.
          CELL IS OCCUPIED

     C-7-Cell 4=Light above sink is broken.
          CELL IS OCCUPIED

     C-7-Cell 5=Broken window and mildew.
          CELL IS OCCUPIED

     C-7-Cell 6=Water will not shut off in sink.
          CELL IS OCCUPIED

     C-7-Cell 7=No water, toilet does not work, hole in window and lights don't work.
          CELL IS EMPTY

     C-7-Cell 8=Mirror is broken, toilet broken with no water to it, window is cracked and small
          light will not work.  Offender stated that the toilet has been broken for 2 months.
          CELL IS EMPTY

Dayroom in C-7 has 4 offenders sleeping in dayroom. One of which is deaf and requires a walker.
-Bottom shower has light out, paint peeling, tiles broken and a big hole in floor.
-Top shower has lights out, toilet paper rolls in floor, paint peeling, tiles broken.  This shower smell like urine.
-Kiosk is not working.
-Phone not working.

     C-8-Cell 1=Broken window and broken sink.
          CELL IS OCCUPIED

     C-8-Cell 2=Window is gone, and small light not working.
          CELL IS EMPTY

     C-8-Cell 3=Top of door has loose screw.
          CELL IS OCCUPIED

     C-8-Cell 4=Water will not shut off, window broken and maggots in cell.
          CELL IS EMPTY

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                 RFP1 JS 023937

C-8-Cell 5=No water, window is cracked, both lights not working and metal coming off wall.
     CELL IS OCCUPIED

C-8-Cell 6=Toilet will not flush, sink does not work, small light does not work, and crack in window.
     CELL IS OCCUPIED

C-8-Cell 7=No water, both lights not working, and window is broke.
     CELL IS OCCUPIED.

C-8-Cell 8=No water, sink is broken, toilet leaking sewage, sink light broken, and sprinkler broken.
     CELL IS OCCUPIED

C-8-Cell 9=Big light not working,
     CELL IS OCCUPIED

C-8-Cell 10=Both lights not working, window is gone, and door off set.
     CELL IS EMPTY

C-8-Cell 11=No water, both lights not working, full of feces and bugs.
     CELL IS EMPTY

C-8-Cell 12=Sink is broken, cracked window and big light broken.
     CELL IS OCCUPIED

C-8-Cell 13=Cracked window, and small light broken.
     CELL IS OCCUPIED

C-8-Cell 14=Shower leaking into cell, window cracked, no water and toilet is leaking.
     CELL IS OCCUPIED

C-8-Cell 15=No maintenance issues or contraband.
     CELL IS OCCUPIED

C-8-Cell 16=Door will not shut, water from shower is coming in cell, no water in cell and cell door window is busted. The offenders in this cell were moved to cell 15 due to issues in the cell.
     CELL IS OCCUPIED

Dayroom in C-8 has overhead light out over stairwell.
-Bottom shower has vent broken, paint peeling, tile broken in floor, mildew, and plastic coming off cement wall.
-Top shower has a lot of issues with floor. Needs repaired. Plastic coming off cement wall, vent clogged Up, tile is broken, paint peeling and smells like urine.
-Kiosk is not working.
-Phone not working.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    RFP1 JS 023938

This search was conducted over a two-day period which was the 7th and 8th of April of 2022. This search started with a lighting assessment at approximately 0530 hours on the morning of the 7th. Once that was completed, a briefing conducted by Lt. Berry was held at the Tamarack at 0730 hours. At approximately 0800 hours, the Special Operations Team consisting of CNT, CERT and K-9 arrived at Southern Regional Jail and Correctional Facility to conduct a search. Two Pods were searched (A and B) on the 7th along with other areas of the facility that was assigned by Lt. Berry.
The following is a list of those areas: Medical, Booking, Kitchen, Inside Perimeter, Outside Perimeter, Roof, Laundry, and all Recreation Yards.

The second day (8th April 2022), a search was conducted of C-Pod. At the conclusion of the complete search, Special Operations personnel mustered at the front entrance of SRJ&CF, where a debriefing was conducted by Major Ronnie Williams and Major Larry Warden. Once the debriefing was completed, and all reports was completed on OIS, Special Operations members were released from SRJ&CF and reported back to their respective facility.

**Conclusion**

During this operation, there were a few things that I believe can be improved on. The following is a list of things that can be improved on:
-Instruct middle management staff (Sgt's., Lt's., and Capt.'s) to go down the hall to each Pod/Sections daily. This would help with addressing issues before they get out of hand and cause professional interaction between staff and offenders. It would also ensure the new Officers are doing the right thing while conducting business in the Pods.
-Conduct random cell searches utilizing the staff at SRJ&CF. Again, this would cause professional interactions between staff and inmates. The staff should gain a sense of accomplishment from removing the contraband from their own facility.
-Conduct regular cell inspections. This would remove the excess mattresses, state issue clothing, cleaning supplies from cell and all the excess amounts of hygiene items as well.
-Complete cell schematic for each cell and keep up with them. Then you will know what damage was already there and if new damage appears, hold the offenders accountable.
-Conduct regular Security Inspections. This would remove the offender's ability to manipulate the cell doors and locking mechanisms to the point of the cell doors not securing.
-It was observed by this Officer that several mattresses are being torn up to make pillows. Order new pillows and issue them out. Hold offender accountable when the leave such as when you issue them out before going down the hall and ensure they bring the same back when they leave the facility.
-Offender living on the floor should be offered boats due to water leaking for shower or from a cell. If mattresses are torn up, they should be replaced by new one that are in the building of the Sally Port.
-There are a lot of lights out in the showers and tiles need replaced. Some showers don't work at all along with plastic wall coming away from cement wall. Showers need to be cleaned on regular basis.
-Hire offender janitors for each section. One for each dayroom and another for the showers.
-Clean out the closets in the hallway along with garage.
-Place 2 cabinets in each Pod hallway. Put locks on them. Fill one with clothing and linen. The other can be hygiene products, toilet paper and cleaning gear. This while keep the Officer in the Pod instead of running up and down the hall getting products. Saves time and increases productivity.
-The whole gym is a storage unit. No indoor recreation is being conducted.
-Clean up outside Recreation Yard and maybe add a basketball hoop to each yard.
-Have a tracking system in place for Grievances and offender request.
-Better communication when cell is fixed with the count room so they can assign offender to that cell.
-The Count Officer informed me that they know which section an offender is in but could not tell me what cell they are in.
-There is a total of 38 cell that are empty for different maintenance issues. Get a maintenance team

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

RFP1 JS 023939

together and provide security to a detail that works on nothing but getting the cell fixed and useable. 38 cells down, times 2 inmates per cell, we are losing 76 livable spaces for offenders.
-All shower need work. Whether its lights, tiles broken, plastic walls coming of cement wall, water not on or just a good cleaning.
-A lot of fire-alarms was covered with toilet paper.   That paper needs to be removed.
-No property boxes were observed in cells.
-Oder S-1's for Southern Regional Jail and Correctional Facilities.
-Install holding cells in the Core and in Booking.  Example is like what was done at WRJ&CF.
-3 in 1 soap is given out from a gal jug.  A lot of offenders don't have a small bottle to but it in so they are using cups or milk cartoons.
-Deep cleaning of the kitchen floor and all appliances.
-Add cameras to non-contact visitation that can be view by Central Control, Administrative area and front desk Officer.

Overall, the operation succeeded in exposing Special Operations members to the physical plant of SRJ&CF.  It also provided valuable learning for SRJ&CF staff to observe Special Operations interacting with offenders on an operational basis.  All Special Operations members conducted themselves in a professional manner, representing themselves and their facility to the highest degree.  Everyone involved worked well together to ensure that the mission was a success.  I would like the thank Major Larry Warden and his staff for answering any questions that the team asked.  I would also like to thank him for the meals that were provided.  I know that was not an easy task due to the number of members but somehow him and his staff pulled it off.  The attitude and dedication of everyone involved made the mission easier and successful.

If there are any questions, feel free to contact me at Bobby.R.Berry@wv.gov or at 304-382-1872.

_____                              _____
Prepared by Lt. Bobby Berry                                Approved by Major Ronnie Williams


_____
DSS Mr. Steve Caudill

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              RFP1 JS 023940

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

RFP1 JS 023941