# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

MICHAEL D. ROSE,
and EDWARD L. HARMON,
*on their own behalf and on behalf
of all others similarly situated*,

      Plaintiffs,

v.                                                            CIVIL ACTION NO.  5:22-cv-00405

MICHAEL FRANCIS,
*individually and as an employee of
the West Virginia Division of Corrections
and Rehabilitation*,
THE RALEIGH COUNTY COMMISSION,
John/Jane Doe Employees of the Raleigh
County Commission,
THE FAYETTE COUNTY COMMISSION,
John/Jane Doe Employees of the Fayette
County Commission,
THE GREENBRIER COUNTY COMMISSION,
John/Jane Doe Employees of the Greenbrier
County Commission,
THE MERCER COUNTY COMMISSION,
John/Jane Doe Employees of the Mercer
County Commission,
THE MONROE COUNTY COMMISSION,
John/Jane Doe Employees of the Monroe
County Commission,
THE SUMMERS COUNTY COMMISSION,
John/Jane Doe Employees of the Summers
County Commission,
THE WYOMING COUNTY COMMISSION,
John/Jane Doe Employees of the Wyoming
County Commission,
PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,
John/Jane Doe PrimeCare Employees,
JOHN/JANE DOE CORRECTIONAL OFFICERS,
BETSY JIVIDEN, *individually as an employee of the
West Virginia Division of Corrections and Rehabilitation*,
WEXFORD HEALTH SOURCES, INC.
John/Jane Doe Wexford Employees,

BRAD DOUGLAS, *individually and in his official*
*capacity as the acting Commissioner of the West*
*Virginia Division of Corrections and Rehabilitation*,
JEFF S. SANDY, *individually and in his official*
*capacity as the Cabinet Secretary of the West*
*Virginia Division Department of Homeland Security, and*
WILLIAM K. MARSHALL, III
*individually and in his official capacity as the Commissioner*
*of the West Virginia Division of Corrections and Rehabilitation*,

          Defendants.

## ORDER

On October 19, 2023, the Court convened a hearing on Plaintiffs' Motion for Class Certification [Doc. 518]. Plaintiffs are given leave to move to supplement the record -- with the twelve (12) exhibits identified during the hearing -- **on or before October 27, 2023**. Defendants may respond on or before **November 3, 2023**, with any reply filed on or before **November 10, 2023**.

Defendants Betsy Jividen, Brad Douglas, and William K. Marshall, III, are likewise given leave to file their supplemental brief, not to exceed seven (7) pages, **on or before October 27, 2023**. Defendants may respond **on or before November 3, 2023,** with any reply filed **on or before November 10, 2023.**

The Clerk is **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

                        ENTER:        October 20, 2023



Frank W. Volk
United States District Judge