IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

MICHAEL D. ROSE, *ET AL.*,

        Plaintiffs,

vs.                                                Civil Action No. 5:22-cv-00405

JEFF S. SANDY, individually and
in his official capacity as the Cabinet Secretary of the
West Virginia Department of Homeland Security, *ET AL.*,

        Defendants.

## ORDER

Pending before the Court is the ***Plaintiffs' Renewed Motion to Compel Raleigh County Commission to Respond Fully and Adequately to Discovery*** (ECF No. 721) filed on October 17, 2023. Pursuant to the undersigned's directive, the Plaintiffs have since submitted a ***States Report*** as to the Motion to Compel, indicating that the Raleigh County Commission has produced documents (ECF No. 765), and counsel for the Plaintiffs has further notified the Court that additional productions have been made, negating the issues in the Plaintiffs' Motion. Accordingly, the Plaintiffs' ***Motion*** (ECF No. 721) is hereby **MOOT**, and the Clerk is **DIRECTED** to **TERMINATE** same.

The Clerk is further requested to distribute a copy of this Order to all counsel of record.

**ENTER: November 6, 2023.**



Omar J. Aboulhosn
United States Magistrate Judge