IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| **MICHAEL D. ROSE**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 5:22-cv-00405 |
| ) | (Judge Volk) |
| **JEFF SANDY**, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION DUCES TECUM OF CURTIS DIXON

PLEASE TAKE NOTICE that Plaintiffs, by counsel, will take the videotaped deposition of Curtis Dixon before a court reporter authorized to administer oaths. The deposition will take place on **Wednesday, November 15, 2023, beginning at 1:00 p.m.,** at Steptoe & Johnson PLLC, 7-7 Virginia Street East, Charleston, West Virginia.  A Zoom link will also be provided in advance of the deposition for all counsel that wish to attend via video conference. The deposition shall continue from day to day until completion and will be recorded by video, audio, audiovisual or stenographic means by a court reporter authorization to conduct such examinations.

You may appear to protect your interests.

                                              **PLAINTIFFS,**

                                              **By Counsel,**
                                              __*/s/ Stephen P. New*_____
Stephen P. New, Esq. (WVSB #7756)
Amanda J. Taylor, Esq. (WVSB#11635)
New, Taylor & Associates
430 Harper Park Drive
P.O. Box 5516
Beckley, WV  25801
Phone: (304) 250-6017

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | | |
|---|---|---|
| **MICHAEL D. ROSE,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:22-cv-00405 |
| | ) | (Judge Volk) |
| **BETSY JIVIDEN,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Stephen P. New, counsel for Plaintiff, do hereby certify that on November 6th, 2023, the *Amended Notice of Videotaped Deposition Duces Tecum of Curtis Dixon,* was filed electronically through the Southern District of West Virginia's EM/ECF system, which will provide electronic notification to all counsel of record.

                                                           */s/ Stephen P. New*
                                                        Stephen P. New, Esq. (WVSB #7756)