IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | | |
|---|---|---|
| **MICHAEL D. ROSE,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:22-cv-00405 |
| | ) | (Judge Volk) |
| **JEFF S. SANDY,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF ISSUANCE OF SUBPOENA TO BRAD DOUGLAS**

PLEASE TAKE NOTICE that Plaintiffs, by counsel, have issued and intend to serve the attached subpoena to Brad Douglas pursuant to Rule 45 of the *Federal Rules of Civil Procedure.* You may appear to protect your interests.

                                                          **PLAINTIFFS,**

                                                          **By Counsel,**
                                                           */s/ Stephen P. New*
                                                          Stephen P. New, Esq. (WVSB #7756)
                                                          Emilee B. Wooldridge, Esq. (WVSB#14310)
                                                          Stephen New & Associates
                                                          430 Harper Park Drive
                                                          P.O. Box 5516
                                                          Beckley, WV  25801
                                                          Phone: (304) 250-6017

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| **MICHAEL D. ROSE,** *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**JEFF S. SANDY,** *et al.* )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 5:22-cv-00405<br>(Judge Volk) |

**CERTIFICATE OF SERVICE**

I, Stephen P. New, counsel for Plaintiff, do hereby certify that on November 6, 2023, the *Notice of Issuance of Subpoena to Brad Douglas* was filed electronically through the Southern District of West Virginia's EM/ECF system, which will provide electronic notification to all counsel of record.

                                                                                      */s/ Stephen P. New*        
                                                                                      Stephen P. New (#7756)