# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

| | |
|---|---|
| **MICHAEL D. ROSE**, *et al.*, ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 5:22-cv-00405 |
| ) | (Judge Volk) |
| **JEFF S. SANDY**, *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |
| _____ ) | |

## NOTICE OF CANCELLATION OF DEPOSITION OF DAVID YOUNG

PLEASE TAKE NOTICE that the deposition of David Young, previously scheduled for Tuesday, November 7, 2023, beginning at 10:00 a.m. is canceled. When the deposition is rescheduled, a Notice will be filed directly.

 

**MICHAEL D. ROSE, et al., on their own behalf and on behalf of all those similarly situated,**
**By Counsel**

*/s/ Stephen P. New*
Stephen P. New (WVSB No. 7756)
Emilee B. Wooldridge (WVSB No. 14310)
Stephen New & Associates
430 Harper Park Drive
Beckley, West Virginia 25801
Ph: (304) 250-6017
Fax: (304) 250-6012
steve@newlawoffice.com
emilee@newlawoffice.com

Amanda J. Taylor (WVSB 11635)
Taylor, Hinkle & Taylor, Inc.
115 ½ South Kanawha Street
Beckley, WV 25801
O: (304) 894-8733
F: (681) 245-6236

amanda@thtwv.com

Timothy Lupardus (WVSB No. 6252)
The Lupardus Law Office
275 Bearhole Road
Pineville, West Virginia 24874
(304) 732-0250
office@luparduslaw.com

Zachary Whitten (WVSB No. 13709)
The Whitten Law Office
P.O. Box 753
Pineville, West Virginia 24874
zwhittenlaw@gmail.com

Robert Dunlap (WVSB No. 10012)
Robert Dunlap & Associates
208 Main Street
Beckley, West Virginia 25801
(304) 255-4762
robertdunlapesq@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION**

| | |
|---|---|
| **MICHAEL D. ROSE**, *et al.*, )<br>)<br>    **Plaintiffs,** )<br>)<br>v. )<br>)<br>**JEFF S. SANDY**, *et al.*, )<br>)<br>    **Defendants.** )<br>_____) | Civil Action No. 5:22-cv-00405<br>(Judge Volk) |

**CERTIFICATE OF SERVICE**

I, Stephen P. New, counsel for Plaintiff, do hereby certify that the foregoing *Notice of Cancellation of Deposition of David Young* has been served upon opposing counsel, and all other parties relevant to this matter via the CM/ECF system this 7th day of November 2023.

/s/*Stephen P. New*
Stephen P. New (WVSB No. 7756)