# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 11/9/2023 | Case Number: | 5:22-cv-00405 |
| Case Style: | Rose vs. Sandy | | |
| Type of hearing: | Status Conference | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Sydney Whittington |

Attorney(s) for the Plaintiff or Government:

Stephen New, Emilee Wooldridge, Amanda Taylor

Attorney(s) for the Defendant(s):

SEE BELOW:

Law Clerk:      Ashley Stephens

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 12:55 PM | 1:13 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 18 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 12:30 p.m.
Actual Start 12:55 p.m.

Parties present for status hearing re: settlement with certain state defendants.
Counsel note appearances on the record.
Defense counsel: Michael Mullins, Amy Smith, Chip Williams, Wendy Greve, Chuck Bailey, Anne O'Hare, Harrison Cyrus, Jordan Herrick, Daniel Burns
Mr. New, Mr. Williams and Ms. Taylor address the Court regarding said settlement.
Counsel to file a joint motion by close of business Monday, November 13, 2023, that proposes a schedule.
Counsel further represented that a motion for preliminary approval (re: settlement w/state defs) would likely be filed by December 8, 2023.
Court recessed at 1:13 p.m.