## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY DIVISION

MICHAEL D. ROSE on his own )
behalf and on behalf of all others )
similarly situated, et al. )
         )
         Plaintiffs, )
         )
v. )                   **Civil Action No. 5:22-cv-00405**
         )                                  **(Judge Volk)**
JEFF S. SANDY, et al., )
         )
         Defendants. )
_____ )

## JOINT MOTION FOR CLARIFICATION OF ORDER OR ALTERNATIVE RELIEF

Pursuant to Federal Rule of Civil Procedure 7(b)(1) Plaintiffs Michael D. Rose, Robert C. Church, Sr., Nicole Henry, Edward L. Harmon, Thomas Fleenor, Jr., William Bohn, and Tonya Persinger, individually and on behalf of a putative class of others similarly situated (collectively, "Plaintiffs" ) and Defendants Jeff S. Sandy, individually and in his official capacity as the Cabinet Secretary of the West Virginia Department of Homeland Security, William K. Marshall III, individually and in his official capacity as the Commissioner of the West Virginia Division of Corrections and Rehabilitation, Betsy Jividen, Brad Douglas, and Michael Francis (collectively, "Settling Defendants") submit this joint motion for clarification of the Order entered on November 15, 2023 [ECF No. 821]. Specifically, the Order directed that "to the extent approval is withheld, new deadlines will be set for motion practice and objection periods as necessary." [ECF No. 821 at 3]. Plaintiffs and Settling Defendants seek clarification to confirm that the Court's use of the plural "objection periods" in the Order entered on November 15 is intended to include a new period for objections to the Order and Proposed Findings and Recommendation [ECF No. 774].

Alternatively, Plaintiffs and Settling Defendants seek an extension of time to file objections pursuant to Federal Rule of Civil Procedure 6(b)(1)(B).

The pending settlement respecting the Settling Defendants was discussed at a hearing on November 9, 2023. Among other things discussed, the parties understood that the Court would grant additional time to make objections to the Order and Proposed Findings and Recommendation filed by the Honorable Omar J. Aboulhosn [ECF No. 774] if the settlement was not approved. The Court directed the parties to submit a proposed schedule setting deadlines for case events leading to adjudication of the matter.

On November 13, 2023, the Plaintiffs and the Settling Defendants submitted a proposed Order Establishing Resolution Deadlines [ECF No. 818]. The proposed Order provided that, if the Court does not approve the settlement, Sandy, Jividen, Douglas, and Marshall will have fourteen (14) days from the date that the Court denies the motion for approval of the settlement to file objections to Magistrate Judge Aboulhosn's Order and Proposed Recommendations [ECF No. 774]. [ECF No. 818 at 3–4].

On November 15, 2023, the Court entered its Order [ECF No. 821]. The Order directed that "to the extent approval is withheld, new deadlines will be set for motion practice and objection periods as necessary." [ECF No. 821 at 3]. Plaintiffs and the Settling Defendants seek clarification to confirm that the Court's use of the plural "objection periods" in the Order entered on November 15 is intended to include a new period for objections to the Order and Proposed Findings and Recommendation [ECF No. 774].

Good cause exists for the requested clarification because, as part of the settlement negotiations, Plaintiffs agreed to withdraw their motion for sanctions among other things. Plaintiffs and Settling Defendants further agreed that, if the Court did not approve the settlement, Settling

Defendants should have additional time to file objections to Magistrate Judge Aboulhosn's Order and Proposed Recommendations [ECF No. 774].

Moreover, if the Court did not intend the use of the use of the plural "objection periods" to include a new period for objections to the Order and Proposed Finding and Recommendation [ECF No. 774], then Plaintiffs and Settling Defendants submit that there has been excusable neglect and seek an extension of time for Settling Defendants to file objections pursuant to Rule 6(b)(1)(B).

WHEREFORE, Plaintiffs and Settling Defendants respectfully request the Court to grant this motion and enter an Order that clarifies that that to the extent approval of the settlement is withheld, new deadlines will be set for objections to Magistrate Judge Aboulhosn's Order and Proposed Recommendations [ECF No. 774]. Alternatively, Plaintiffs and Settling Defendants request the Court to grant an extension of time for Settling Defendants to file objections.

Jointly submitted this 28th day of November 2023.

/s/ Stephen Paul New/AMS
Stephen Paul New (WV Bar #7756)
Amanda J. Taylor (WV Bar #11635)
Russell A. Williams (WV Bar #12710)
New, Taylor & Associates
430 Harper Park Drive
Beckley, WV 25801
T: 304-250-6017
F: 304-250-6012
steve@newtaylorlaw.com
russell@newtaylor.com

Timnothy Lupardus (WV Bar #6252)
The Lupardus Law Office
275 Bearhole Road
Pineville, West Virginia 24874
T: 304-732-0250
office@luparduslaw.com

/s/ Amy M. Smith
Michael D. Mullins (WVSB No. 7754)
Larry J. Rector (WVSB No. 6418)
Amy M. Smith (WVSB No. 6456)
Peter J. Raupp (WVSB No. 10546)
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
P.O. Box 1588
Charleston, WV 25326-1588
Telephone: (304) 353-8000
Facsimile: (304) 933-8704
michael.mullins@steptoe-johnson.com

*Counsel for Jeff S. Sandy, Betsy Jividen, Brad Douglas, and William K. Marshall III*

Zachary Whitten (WV Bar #13709)
The Whitten Law Office
P.O. Box 753
Pineville, West Virginia 24874
zwhittenlaw@gmail.com

Robert Dunlap (WV Bar #10012)
Robert Dunlap & Associates
208 Main Street
Beckley, West Virginia 25801
T: 304-255-4762
robertdunlapesq@gmail.com

*Counsel for Plaintiffs*

*/s/ Chip E. Williams/ AMS*
Chip E. Williams (WV Bar #8116)
Jared C. Underwood (WV Bar #12141)
Pullin Fowler Flanagan Brown & Poe
252 George Street
Beckley, WV 25801
T: 304-254-9300
cwilliams@pffwv.com

*Counsel for Michael Francis*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION**

**MICHAEL D. ROSE,** *et al.***,**

        **Plaintiffs,**

**v.**

**JEFF S. SANDY,** *et al.*

                        **Civil Action No.: 5:22-cv-00405**
          **Defendants.**         **Honorable Frank W. Volk**

**<u>CERTIFICATE OF SERVICE</u>**

       I certify that on this 28th day of November, 2023, I filed the foregoing "**Joint Motion for Clarification of Order or Alternative Relief" via the CM/E**CF system, which will send a notification to all counsel of record.

                               */s/ Amy M. Smith*