To:
From:
Subject: Southern Regional Jail Settlement

 **DRAFT**

[Claimant ID]

## West Virginia agrees to pay $4 million in lawsuit over jail conditions. Current and former inmates could get money from the settlement.

Visit www.WVjailsettlement.com to file a claim.

You are included in the settlement if you were an inmate at Southern Regional Jail for more than two days anytime since September 22, 2020.

**What does the Settlement Provide?**
The state of West Virginia has agreed to create a Settlement Fund of $4,000,000, the highest amount the state's insurance coverage will pay. They will also provide up to $50,000 to pay the cost to provide notice and administer the settlement.

This is a limited fund settlement which means you will not be able to sue the Settling Defendants on your own for matters covered by the settlement, because there would not be enough funds available to litigate those claims.

**Who are the Settling Defendants?**
The Settling Defendants are Jeff S. Sandy, individually and in his official capacity as the former Cabinet Secretary of the West Virginia Department of Homeland Security, William K. Marshall III, individually and in his official capacity as the Commissioner of the West Virginia Division of Corrections and Rehabilitation, Betsy Jividen, Brad Douglas, and Michael Francis. The lawsuit will continue against the medical providers to the jail, Primecare and Wexford, and the county commissions that house inmates at the facility which include Greenbrier, Raleigh, Wyoming, Fayette, Mercer, Monroe, and Summers.

**How Can I Get a Payment**
You must submit a claim form online or by mail by **Month XX, 2024**. Claim forms are available at the website or by calling the toll-free number below.

**Your Other Options**
You may object to the settlement by **Month XX, 2024**. The Court will hold a hearing on **Month XX, 2024**, to consider whether to approve the settlement. Attorneys representing the Class will request up to 35% of the Settlement Fund to pay attorneys' fees plus reasonable expenses and an incentive award of $1,000 for seven Class Representatives for their efforts in bringing the class action. You and your own lawyer can appear and speak at the hearing, but you do not have to attend.

**For more information, visit www.WVjailsettlement.com or call 1-8XX-XXX-XXXX**