IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| **MICHAEL D. ROSE**, *et al.*, )<br>)<br>  **Plaintiffs,** )<br>)<br>v. )<br>)<br>**JEFF S. SANDY**, *et al.*, )<br>)<br>  **Defendants.** )<br>_____) | Civil Action No. 5:22-cv-00405<br>(Judge Volk) |

## SUPPLEMENT TO JOINT MOTION FOR PRELIMINARY APPROVAL

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Michael D. Rose, Robert C. Church, Sr., Nicole Henry, Edward L. Harmon, Thomas Fleenor, Jr., William Bohn, and Tonya Persinger, individually and on behalf of a putative class of others similarly situated (collectively, "Plaintiffs" ) and Defendants Jeff S. Sandy, individually and in his official capacity as the former Cabinet Secretary of the West Virginia Department of Homeland Security, William K. Marshall III, individually and in his official capacity as the Commissioner of the West Virginia Division of Corrections and Rehabilitation, Betsy Jividen, Brad Douglas, and Michael Francis (collectively, "Settling Defendants) (all collectively, "Settling Parties") submit this supplement to the Joint Motion for Preliminary Approval previously filed on December 8, 2023. ECF No. 849. Specifically, Settling Parties hereby supplement the Settlement Agreement and Release ("Agreement") with the Declaration of Shannon Wheatman, Ph.D. on Adequacy of Notices and Notice Plan as Exhibit E to the Joint Motion. Attached as Exhibit 1 to Dr. Wheatman's Declaration is Dr. Wheatman's curriculum vitae; Exhibit 5 to the Declaration is the final proposed Claim Form (Agreement Supplemental Exhibit A); Exhibit 3 is the Email Notice (Agreement Supplemental Exhibit B); Exhibit 4 is the Long Form Notice (Agreement Supplemental Exhibit C); and Exhibit

2 is the U.S. Mail Notice (Agreement Supplemental Exhibit D). *See* ECF No. 849-1 –849-4. Settling Parties request that the Court consider the Agreement's Supplemental Exhibits, rather than the draft exhibits previously filed with the Court when deciding the Joint Motion for Preliminary Approval, and accept Dr. Wheatman's Declaration.

Jointly submitted this 15th day of December 2023.

/s/      Stephen P. New
Stephen Paul New (WV Bar #7756)
Emilee B. Wooldridge (WV Bar #14310)
Stephen New & Associates
430 Harper Park Drive
Beckley, WV 25801
T: 304-250-6017
F: 304-250-6012
steve@newlawoffice.com
emilee@newlawoffice.com

Amanda Taylor (WVSB 11635)
Taylor, Hinkle & Taylor Inc.
115 ½ South Kanawha St.
Beckley, West Virginia 25801
amanda@thtwv.com

Timothy Lupardus (WV Bar #6252)
The Lupardus Law Office
275 Bearhole Road
Pineville, West Virginia 24874
T: 304-732-0250
office@luparduslaw.com

Zachary Whitten (WV Bar #13709)
The Whitten Law Office
P.O. Box 753
Pineville, West Virginia 24874
zwhittenlaw@gmail.com

Robert Dunlap (WV Bar #10012)
Robert Dunlap & Associates
208 Main Street
Beckley, West Virginia 25801
T: 304-255-4762
robertdunlapesq@gmail.com

/s/      Michael D. Mullins
Michael D. Mullins (WVSB No. 7754)
Larry J. Rector (WVSB No. 6418)
Amy M. Smith (WVSB No. 6456)
Peter J. Raupp (WVSB No. 10546)
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
P.O. Box 1588
Charleston, WV 25326-1588
Telephone: (304) 353-8000
Facsimile: (304) 933-8704
michael.mullins@steptoe-johnson.com

*Counsel for Jeff S. Sandy, Betsy Jividen, Brad Douglas, and William K. Marshall III*

/s/      Jared C. Underwood
Chip E. Williams (WV Bar #8116)
Jared C. Underwood (WV Bar #12141)
Pullin Fowler Flanagan Brown & Poe
252 George Street
Beckley, WV 25801
T: 304-254-9300
cwilliams@pffwv.com

*Counsel for Michael Francis*

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**MICHAEL D. ROSE,** *et al.*,

      **Plaintiffs,**

v.

**JEFF S. SANDY,** *et al.*

                                            Civil Action No.: 5:22-cv-00405
      **Defendants.**                Honorable Frank W. Volk

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of December, 2023, I filed the foregoing "**Supplement to Joint Motion for Preliminary Approval**" via the CM/ECF system, which will send a notification to all counsel of record.

                                                  */s/ Stephen P. New*
                                                Stephen P. New (WVSB 7756)