

December 20, 2023

Re: Preservation of Evidence Letters for Civil Action No. 5:22-cv-00405

Dear Clerk,

    Thank you for taking the time to read this. I am writing to request a copy of all preservation of evidence request letters from the Plaintiffs to the Defendants in Civil Action No. 5:22-cv-00405 for *Michael D. Rose, ET AL., vs. Jeff S. Sandy, ET AL.*

    I am a Legal Clerk here at Huttonsville, and in the process of helping others with similar issues. I know you're busy, so any help in sending me the POE request letters would be amazing. Have a great holiday.

Respectfully,

*[signature]*

Timmy Crockett
3643304
HCC
PO Box 1
Huttonsville, WV 26273

Timmy A. Crockett
3643304
HCC
PO Box 1
Huttonsville, WV 26273

**LEGAL MAIL**

SENT FROM AN INMATE
STATE CORRECTIONAL FACILITY

CHARLESTON WV 250
20 DEC 2023 PM 2 L

Clerk of U.S. District Court - Beckley Division
Robert C. Byrd United States Courthouse
300 Virginia Street, East
Room 2400
Charleston, WV 25329

25301-253900