# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA



| | | |
|---|---|---|
| **CHARLESTON**<br>Suite 2400<br>300 Virginia Street, East<br>Charleston, WV 25301<br><br>P. O. Box 2546<br>Charleston, WV 25329<br>304/347-3000<br><br>www.wvsd.uscourts.gov<br><br>**Reply to: Beckley** | **THOMAS E. JOHNSTON**<br>Chief Judge<br><br>**RORY L. PERRY II**<br>Clerk of Court | **HUNTINGTON**<br>Room 101<br>845 Fifth Avenue<br>Huntington, WV 25701<br>304/529-5588<br>**BECKLEY**<br>Room 119<br>110 North Heber Street<br>Beckley, WV 25801<br>304/253-7481<br>**BLUEFIELD**<br>Room 1000<br>601 Federal Street<br>Bluefield, WV 24701<br>304/327-9798 |

January 3, 2024

Timmy Crockett, 3643304
Huttonsville Correctional Center
P. O. Box 1
Huttonsville, West Virginia 26273

   Re:  <u>Rose v. Sandy; Civil Action No. 5:22-cv-00405</u>

Dear Mr. Crockett:

  I am in receipt of your letter dated December 20, 2023, requesting a copy of all preservation of evidence request letters filed in the referenced matter. Please be advised a general search of the docket sheet failed to show this type of document filed with the Clerk's Office.

             Sincerely,

             RORY L. PERRY II

RLP/klc