IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MICHAEL D. ROSE and EDWARD L. HARMON,
on their own behalf and on the behalf of all
others similarly situated,

                    PLAINTIFFS,

v.

                    Civil Action No.: 5:22-cv-00405
                    Honorable Frank W. Volk

BESTY JIVIDEN, individually and in her
official capacity as the Commissioner of
The West Virginia Division of Corrections and
Rehabilitation, MICHAEL FRANCIS, individually
as an employee of the West Virginia Division of
Corrections and Rehabilitation, LARRY WARDEN,
individually as an employee of the West
Virginia Division of Corrections and Rehabilitation,
BRAD DOUGLAS, individually and in his official
capacity as the acting Commissioner of the
West Virginia Division of Corrections and
Rehabilitation, JEFF S. SANDY, individually and in his
official capacity as the Cabinet Secretary of the
West Virginia Department of Homeland Security,
The RALEIGH COUNTY COMMISSION,
JOHN/JANE DOE EMPLOYEES OF THE RALEIGH
COUNTY COMMISSION, The FAYETTE COUNTY COMMISSION,
JOHN/JANE DOE EMPLOYEES OF THE FAYETTE
COUNTY COMMISSION, The GREENBRIER COUNTY
COMMISSION, JOHN/JANE DOE EMPLOYEES OF
THE GREENBRIER COUNTY COMMISSION, JOHN/JANE DOE
EMPLOYEES OF THE GREENBRIER COUNTY COMMISSION,
The MERCER COUNTY COMMISSION, JOHN/JANE DOE
EMPLOYEES OF THE MERCER COUNTY COMMISSION,
The MONROE COUNTY COMMISSION, JOHN/JANE DOE
EMPLOYEES OF THE MONROE COUNTY COMMISSION,
The SUMMERS COUNTY COMMISSION, JOHN/JANE DOE
EMPLOYEES OF THE SUMMERS COUNTY COMMISSION,
The WYOMING COUNTY COMMISSION, JOHN/JANE DOE
EMPLOYEES OF THE WYOMING COUNTY COMMISSION,
PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,
JOHN/JANE DOE PRIMECARE EMPLOYEES,
WEXFORD HEALTH SOURCES, INC., JOHN/JANE DOE
WEXFORD EMPLOYEES, and JOHN/JANE DOE
CORRECTIONAL OFFICERS,

                    DEFENDANTS.

## DEFENDANT PRIMECARE MEDICAL OF WEST VIRGINIA, INC.'S, SUGGESTION OF BANKRUPTCY

Comes Now Defendant, PrimeCare Medical of West Virginia, Inc., by counsel, D.C. Offutt, Jr., Anne Liles O'Hare, and the law firm of Offutt Simmons Simonton, PLLC, and hereby suggests that on January 17, 2024 it filed its voluntary petition under Chapter 7 of the United States Bankruptcy Code (11 U.S.C. § 101, *et seq.*) which is pending in the United States Bankruptcy Court for the Southern District of West Virginia as Case No.: 6:24-bk-60001. Pursuant to Bankruptcy Code § 362, all further proceedings in this matter are stayed, upon penalty of contempt of Bankruptcy Court's Order for Relief in the PrimeCare Medical of West Virginia, Inc. bankruptcy case. A Notice of Bankruptcy Case Filing is attached hereto as ***Exhibit A***.

RESPECTFULLY SUBMITTED,

PRIMECARE MEDICAL OF
WEST VIRGINIA, INC.

By Counsel,

/s/ *Anne Liles O'Hare*
D.C. Offutt, Jr., Esquire (WV Bar No. 2773)
Anne Liles O'Hare, Esquire (WV Bar No. 9171)
***Offutt Simmons Simonton, PLLC***
Post Office Box 2868
Huntington, West Virginia 25728
Phone: (304) 529-2868
Facsimile: (304) 529-2999
dcoffuttjr@offuttlegal.com
alohare@offuttlegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MICHAEL D. ROSE and EDWARD L. HARMON,
on their own behalf and on the behalf of all
others similarly situated,

                        PLAINTIFFS,

v.

                    Civil Action No.: 5:22-cv-00405
                    Honorable Frank W. Volk

BESTY JIVIDEN, individually and in her
official capacity as the Commissioner of
The West Virginia Division of Corrections and
Rehabilitation, MICHAEL FRANCIS, individually
as an employee of the West Virginia Division of
Corrections and Rehabilitation, LARRY WARDEN,
individually as an employee of the West
Virginia Division of Corrections and Rehabilitation,
BRAD DOUGLAS, individually and in his official
capacity as the acting Commissioner of the
West Virginia Division of Corrections and
Rehabilitation, JEFF S. SANDY, individually and in his
official capacity as the Cabinet Secretary of the
West Virginia Department of Homeland Security,
The RALEIGH COUNTY COMMISSION,
JOHN/JANE DOE EMPLOYEES OF THE RALEIGH
COUNTY COMMISSION, The FAYETTE COUNTY COMMISSION,
JOHN/JANE DOE EMPLOYEES OF THE FAYETTE
COUNTY COMMISSION, The GREENBRIER COUNTY
COMMISSION, JOHN/JANE DOE EMPLOYEES OF
THE GREENBRIER COUNTY COMMISSION, JOHN/JANE DOE
EMPLOYEES OF THE GREENBRIER COUNTY COMMISSION,
The MERCER COUNTY COMMISSION, JOHN/JANE DOE
EMPLOYEES OF THE MERCER COUNTY COMMISSION,
The MONROE COUNTY COMMISSION, JOHN/JANE DOE
EMPLOYEES OF THE MONROE COUNTY COMMISSION,
The SUMMERS COUNTY COMMISSION, JOHN/JANE DOE
EMPLOYEES OF THE SUMMERS COUNTY COMMISSION,
The WYOMING COUNTY COMMISSION, JOHN/JANE DOE
EMPLOYEES OF THE WYOMING COUNTY COMMISSION,
PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,
JOHN/JANE DOE PRIMECARE EMPLOYEES,
WEXFORD HEALTH SOURCES, INC., JOHN/JANE DOE
WEXFORD EMPLOYEES, and JOHN/JANE DOE
CORRECTIONAL OFFICERS,

                        DEFENDANTS.

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, PrimeCare Medical of West Virginia, Inc., do hereby certify that a true and correct copy of the foregoing *"Defendant PrimeCare Medical of West Virginia, Inc.'s, Suggestion of Bankruptcy"* has been served upon the following via U.S. Mail and/or email this the 18th **day** of **January, 2024** addressed as follows:

Stephen P. New, Esquire
Russell A. Williams, Esquire
*New, Taylor & Associates*
430 Harper Park Drive
Beckley, WV 25801

Timothy Lupardus, Esquire
*The Lupardus Law Office*
275 Bearhole Road
Pineville, WV 24874

Zachary Whitten, Esquire
*Whitten Law Office, L.C.*
P.O. Box 753
Pineville, WV 24874

Robert Dunlap, Esquire
*Robert Dunlap & Associates*
208 Main Street
Beckley, WV 25801

Chip E. Williams, Esquire
Jared C. Underwood, Esquire
*Pullin, Fowler, Flanagan,*
  *Brown & Poe, PLLC*
252 George Street
Beckley, WV 25801
*Counsel for Michael Francis*

Jordan K. Herrick, Esquire
David E. Schumacher, Esquire
*Bailey & Wyant, PLLC*
500 Virginia St. E., Suite 600
Charleston, WV 25337-3710
*Counsel for Wexford Health Sources, Inc.*

Michael D. Mullins, Esquire
Peter J. Raupp, Esquire
*Steptoe & Johnson, PLLC*
Chase Tower, 17th Floor
P.O. Box 1588
Charleston, WV 25326-1588
*Counsel for Brad Douglas, Betsey Jividen and Jeff S. Sandy, William K. Marshall*

Wendy E. Greve, Esquire
Benjamin B. Vanston, Esquire
*Pullin, Fowler, Flanagan,*
  *Brown & Poe, PLLC*
901 Quarrier Street
Charleston, WV 25301
*Counsel for Greenbrier County Commission, Mercer County Commission, Monroe County Commission, Summers County Commission, Wyoming County Commission*

Michael W. Taylor, Esquire
Harrison M. Cyrus, Esquire
*Bailey & Wyant, PLLC*
500 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, WV 25337-3710
*Counsel for Fayette County Commission*

J. Victor Flanagan, Esquire
Daniel J. Burns, Esquire
*Pullin, Fowler, Flanagan,*
  *Brown & Poe, PLLC*
252 George Street
Beckley, WV 25801
*Counsel for Raleigh County Commission*

Charles R. Bailey, Esquire  
Harrison M. Cyrus, Esquire  
*Bailey & Wyant, PLLC*  
500 Virginia Street, East, Suite 600  
P.O. Box 3710  
Charleston, WV 25337-3710  
*Counsel for Larry Warden*

Amanda J. Taylor, Esquire  
*Taylor, Hinkle & Taylor*  
115 ½ S. Kanawha Street  
Beckley, WV 25801  
*Counsel for Plaintiff*

/s/ *Anne Liles O'Hare*  
Anne Liles O'Hare, Esquire (WV Bar No. 9171)

United States Bankruptcy Court
Southern District of West Virginia

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 01/17/2024 at 4:26 PM and filed on 01/17/2024.

**PrimeCare Medical of West Virginia, Inc.**
907 Mission Drive
Parkersburg, WV 26101
Tax ID / EIN: 25-1816888



The case was filed by the debtor's attorney:

**Joe M. Supple**
801 Viand Street
Point Pleasant, WV 25550
(304) 675-6249

The case was assigned case number 6:24-bk-60001.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.wvsb.uscourts.gov or at the Clerk's Office, Room 3200, 300 Virginia Street East, Charleston, WV 25301.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Lesley Hoops**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/17/2024 16:28:35 | | |
| **PACER Login:** | supplelawoffice | **Client Code:** |



EXHIBIT
A

| Description: | Notice of Filing | Search Criteria: | 6:24-bk-60001 |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |