IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MICHAEL D. ROSE et al.,**

   **Plaintiffs,**

v.  Civil Action No. 5:22-cv-00405
   Honorable Frank W. Volk

**JEFF SANDY, et al.,**

   **Defendants.**

**DEFENDANT WEXFORD HEALTH SOURCES, INC.'S MOTION FOR SUMMARY JUDGMENT**

**NOW COMES** the Defendant, Wexford Health Sources, Inc., by counsel, Jordan K. Herrick, David E. Schumacher and the law firm of Bailey & Wyant, PLLC, pursuant to Rule 56(c) of the *Federal Rules of Civil Procedure* and hereby moves this Court for an Order of Summary Judgment in regard to all claims asserted by Plaintiffs against this Defendant because there is no genuine issues of material fact as to Plaintiffs' claims against this Defendant and this Defendant is entitled to judgment as a matter of law.

In support of its Motion for Summary Judgment, this Defendant files a Memorandum of Law in Support of its Motion for Summary Judgment, as well as the following exhibits:

1. Exhibit 1, *Rose Housing Assignment*

2. Exhibit 2, *Church Housing Assignments*

3. Exhibit 3, *Henry Housing Assignment*

4. Exhibit 4, *Harmon Housing Assignment*

5. Exhibit 5, *Bohn Housing Assignments*

6. Exhibit 6, *Persinger Housing Assignments*

7.        Exhibit 7, *Fleenor Housing Assignments*

8.        Exhibit 8, *Affidavit of Joe Ebbitt*

9.        Exhibit 9, *Depo. Tr. of William Bohn*

10.      Exhibit 10, *Depo. Tr. of David Mathis, M.D.*

11.      Exhibit 11, *William Bohn Medication Administration Records*

12.      Exhibit 12, *William Bohn Medical Records*

**WHEREFORE**, in light of the foregoing as well as the contemporaneously filed Memorandum of Law, Defendant Wexford Health Sources, Inc. prays that this Honorable Court **GRANT** this Motion for Summary Judgment, as there is no genuine issue of material fact that Plaintiffs cannot maintain their claims asserted against this Defendant and as a matter of law this Defendant is entitled to Summary Judgment in its favor, and further **GRANT** this Defendant any and all other relief this Honorable Court deems just and proper.

**WEXFORD HEALTH SOURCES, INC.,**
**By Counsel,**

/s/ Jordan K. Herrick
Jordan K. Herrick (WV Bar #11128)
David E. Schumacher (WV Bar #3304)
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222
F: 304.343.3133
jherrick@baileywyant.com
dschumacher@baileywyant.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MICHAEL D. ROSE et al.,**

    Plaintiffs,

v.                                                Civil Action No. 5:22-cv-00405
                                                    Honorable Frank W. Volk

**JEFF SANDY, et al.,**

    Defendants.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing **DEFENDANT WEXFORD HEALTH SOURCES, INC.'S MOTION FOR SUMMARY JUDGMENT** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, March 7, 2024:

D. C. Offutt, Jr.
Anne Liles O'Hare
Offutt Simmons Simonton, PLLC
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, WV  25701
Attorney For: PrimeCare Medical of West Virginia, Inc.

Wendy E. Greve
Benjamin B. Vanston
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV  25301
Attorney For: Greenbrier County Commission, Mercer County Commission, Monroe County Commission, Summers County Commission, Wyoming County Commission

Chip E. Williams
Jared C. Underwood
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
252 George St.
Beckley, WV  25801
Attorney For: Michael Francis

J. Victor Flanagan
Daniel J. Burns
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV  25801
Attorney For: John/Jane Doe Employees of Raleigh County Commission, Raleigh County Commission

Charles R. Bailey
Harrison M. Cyrus
Bailey & Wyant, PLLC
PO Box 3710
Charleston, WV  25337-3710
Attorney For: Fayette County Commission

Robert P. Dunlap
Dunlap & Associates, PLLC
208 Main Street
Beckley, WV  25801
Attorney For: Plaintiffs

Stephen P. New
New, Taylor & Associates
430 Harper Park Drive
PO Box 5516
Beckley, WV  25801
Attorney For: Plaintiffs

Amanda J. Taylor
Taylor, Hinkle & Taylor
115 ½ S. Kanawha Street
Beckley, WV 25801
Attorney For: Plaintiffs

Timothy P. Lupardus
Lupardus Law Office
275 Bearhole Road
PO Box 1680
Pineville, WV  24874
Attorney For: Plaintiffs

Zachary K. Whitten
Whitten Law Office, L.C.
P.O. Box 753
Pineville, WV  24874
Attorney For: Plaintiffs

Michael D. Mullins
Peter J. Raupp
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
P.O. Box 1588
Charleston, WV 25326-1588
Attorney For: Betsy Jividen, Brad Douglas, Jeff S. Sandy, William K. Marshall, III

Amy M. Smith
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Attorney For: Betsy Jividen, Brad Douglas, Jeff S. Sandy, William K. Marshall, III

    /s/ Jordan K. Herrick
Jordan K. Herrick (WV Bar #11128)
David E. Schumacher (WV Bar #3304)