## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

**MICHAEL D. ROSE, CHARLES BLESSARD, ROBERT C. CHURCH, SR., NICOLE HENRY, EDWARD L. HARMON, THOMAS FLEENOR, JR., WILLIAM BOWN, and TONYA PERSINGER, on their own behalf and on behalf of all others similarly situated,**

    **Plaintiffs,**

**v.**                                **Civil Action No. 5:22-cv-00405**
                                           **Honorable Frank W. Volk**

**JEFF S. SANDY, et al.,**

    **Defendants.**

### <u>COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>

**NOW COME**, the Defendants, Greenbrier, Fayette, Mercer, Monroe, Raleigh, Summers, and Wyoming County Commissions, (hereinafter "County Defendants"), by their respective counsel, and hereby move this Court to enter summary judgment in their favor as to the claims of Plaintiffs. In support of their Motion, the County Defendants submit and incorporate herein their Memorandum of Law and exhibits filed contemporaneously herewith.

**WHEREFORE**, in light of the foregoing, Defendants, Greenbrier, Fayette, Mercer, Monroe, Raleigh, Summers, and Wyoming County Commissions, jointly pray that this Honorable Court **GRANT** this Motion and award these Defendants summary judgment, dismissing them from this action, and award these Defendants any and all other relief that is deemed just and proper.

**FAYETTE COUNTY COMMISSION,**
**By Counsel,**

/s/ Harrison M. Cyrus
Charles R. Bailey (WV Bar #0202)
Harrison M. Cyrus (WV Bar #12731)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222
F: (304) 343-3133
cbailey@baileywyant.com
hcyrus@baileywyant.com

**RALEIGH COUNTY COMMISSION,**
**By Counsel,**

/s/ Daniel J Burns
J. Victor Flanagan (WV Bar #5254)
Daniel J. Burns (WV Bar #11866)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV 25801
T: (304) 254-9300
F: (304) 255-5519
vflanagan@pffwv.com
dburns@pffwv.com

**WYOMING COUNTY COMMISSION;**
**SUMMERS COUNTY COMMISSION;**
**MONROE COUNTY COMMISSION;**
**MERCER COUNTY COMMISSION;**
**and, GREENBRIER COUNTY**
**COMMISSION,**
**By Counsel,**

/s/ Benjamin B. Vanston
Wendy E. Greve (WV Bar #6599)
Benjamin B. Vanston (WV Bar #14146)
Adam S. Daugherty (WV Bar #14444)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV 25301
(304) 344-0100
(304) 342-1545
wgreve@pffwv.com
bvanston@pffwv.com
adaugherty@pffwv.com

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

**MICHAEL D. ROSE, CHARLES BLESSARD, ROBERT C. CHURCH, SR., NICOLE HENRY, EDWARD L. HARMON, THOMAS FLEENOR, JR., WILLIAM BOWN, and TONYA PERSINGER, on their own behalf and on behalf of all others similarly situated,**

    **Plaintiffs,**

**v.**                                **Civil Action No. 5:22-cv-00405**
                                          **Honorable Frank W. Volk**

**JEFF S. SANDY, et al.,**

    **Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

    **I HEREBY CERTIFY** that a true and correct copy of foregoing ***County Defendants' Motion for Summary Judgment*** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, March 7, 2024:

Amy Marie Smith
Steptoe & Johnson, PLLC
400 White Oaks Blvd.
Bridgeport, WV  26330
Email Address: amy.smith@steptoe-johnson.com
Attorney For: Betsy Jividen, Brad Douglas, Jeff S. Sandy

Anne Liles O'Hare
D. C. Offutt, Jr.
Offutt Simmons Simonton, PLLC
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, WV  25701
Email Address: alohare@offuttlegal.com; dcoffutt@offuttlegal.com
Attorney For: Primecare Medical of West Virginia, Inc.

Benjamin B. Vanston
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV  25301
Email Address: bvanston@pffwv.com
Attorney For: Greenbrier County Commission, Mercer County Commission, Monroe
County Commission, Summers County Commission, Wyoming County Commission

Chip E. Williams
Jared  C. Underwood
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
252 George St.
Beckley, WV 25801
Email Address: cwilliams@pffwv.com; junderwood@pffwv.com
Attorney For: Michael Francis

Christopher  S. Etheredge
Steptoe & Johnson PLLC
Post Office Boc 1588
Charleston, WV  25326
Email Address: christopher.etheredge@steptoe-johnson.com
Attorney For: Jeff S. Sandy

J. Victor Flanagan
Daniel J. Burns
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV  25801
Email Address: vflanagan@pffwv.com; dburns@pffwv.com
Attorney For: The Raleigh County Commission

David P. Cook, Jr.
MacCorkle Lavender & Sweeney, PLLC
300 Summers Street, Suite 800
Charleston, WV  25301
Email Address: dcook@mlclaw.com
Attorney For: John Frame, Andrew Hudson, Bobby R. Berry, Keith Powers, Dakota Hood,
Christopher Allen and Richard Champion

Jordan K. Herrick
David E. Schumacher
Bailey & Wyant, PLLC
PO Box 3710
500 Virginia Street, East, Suite 600
Charleston, WV  25337-3710

Email Address: jherrick@baileywyant.com
Attorney For: Wexford Health Sources, Inc.

Michael D. Mullins
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
707 Virginia Street, East
PO Box 1588
Charleston, WV  25326-1588
Email Address: michael.mullins@steptoe-johnson.com
Attorney For: Betsy Jividen, Brad Douglas, Jeff S. Sandy

Robert P. Dunlap
Dunlap & Associates, PLLC
345 Prince Street
Beckley, WV  25801
Email Address: robertdunlapesq@gmail.com
Attorney For: Plaintiffs

Russell A. Williams
New, Taylor & Associates
430 Harper Park Drive
Beckley, WV  25801
Email Address: russell@newtaylorlaw.com
Attorney For: Plaintiffs

Stephen Paul New
New, Taylor & Associates
430 Harper Park Drive
PO Box 5516
Beckley, WV  25801
Email Address: steve@newlawoffice.com
Attorney For: Plaintiffs

Timothy  P. Lupardus
Lupardus Law Office
275 Bearhole Road
PO Box 1680
Pineville, WV  24874
Email Address: tim@luparduslaw.com
Attorney For: Plaintiffs

Wendy E. Greve
Pullin Fowler Flanagan Brown & Poe, P.L.L.C.
James Mark Building
901 Quarrier St.

Charleston, WV  25301
Email Address: wgreve@pffwv.com
Attorney For: Greenbrier County Commission, Mercer County Commission, Monroe
County Commission, Summers County Commission, Wyoming County Commission

Zachary K. Whitten
Whitten Law Office, L.C.
P.O. Box 753
Pineville, WV  24874
Email Address: zwhittenlaw@gmail.com
Attorney For: Plaintiffs

**/s/ Harrison M. Cyrus**
**Charles R. Bailey (WV Bar #0202)**
**Harrison M. Cyrus (WV Bar #12731)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**(304) 345-4222**