**In The Matter Of:**
*Micahel D. Rose, et al. v*
*Betsy Jividen, et al.*

*Betsy Jividen*
*June 30, 2023*

# Charleston City REPORTERS

*Original File 06-30-2023 1232 Friday BETSY JIVIDEN.txt*
*Min-U-Script® with Word Index*

Page 93

1    Q. Why was there a freeze on the per diem?
2    A. I don't know why there was a freeze. I
3  know that the end result was that say to help save
4  the counties money and that DCR absorbed that
5  difference between the per diem rate set by the
6  budget office and the per diem rate that's frozen.
7    Q. Douglas says in this article that the
8  freezing of the per diem has cost about $100
9  million, correct?
10   A. If that's the figure he gave, yes. I know
11  that the first year it was probably five or six
12  million and that's calculated maybe in the annual
13  reports.
14   Q. Douglas said that the counties have saved
15  more than 100 million over the past several years
16  and avoided jail fees with the State now bearing 60
17  percent or more of the burden of jail costs.
18       Do you have any reason to disagree with
19  that?
20   A. No.
21   Q. So does it make sense that if the per diem
22  had not been frozen by statute July 1 of '18 that
23  the counties could have or would have contributed
24  about $100 million to this deferred maintenance at

Page 94

1  least?
2    A. Well, the 100 -- the counties would have
3  been responsible for one $100 million, yeah.
4    Q. And that $100 million would have gone to
5  things like the 50 to 60 million to pay the
6  understaffing and towards maintenance costs?
7    A. So I am not sure what the statute says per
8  diem -- what per diem monies can be used for, is
9  restricted to certain -- to certain things. So I
10  don't know whether that per diem would have
11  necessarily gone into maintenance, but whatever it
12  went into would have freed up money for other
13  things. So I think we are both saying the same
14  thing.
15   Q. Sure.
16       And so I understand having been in the
17  Army the concept of different colored money?
18   A. Uh-huh.
19   Q. And what we're talking about here is this
20  governmental concept of different colored money,
21  different buckets of money, correct?
22   A. Basically, yes.
23   Q. Yes.
24       So if the counties weren't frozen at 25 --

Page 95

1  or $48.25 a day, that would have freed up money
2  elsewhere even if that additional per diem --
3    A. If it couldn't be used for one thing, it
4  could be used for another.
5    Q. Yes.
6       In your four-and-a-half years that you
7  were the Commissioner of DCR, what types of
8  meetings, conferences did you have with
9  representatives from counties about their role in
10  the regional jails?
11   A. So I attended some of the Regional Jail
12  Board meetings where that was obviously discussed.
13  But I wouldn't say that the -- at that point the
14  per diem was still frozen so we weren't -- you
15  know, we weren't engaged in what's going to happen
16  when it expires. I do not -- I did a presentation
17  to county commissioners when I was first there and
18  basically what we were trying to say was don't send
19  so many people to jail. I mean, it wasn't really
20  based on the per diem fix itself. So I can't
21  recall any meetings that I had with county
22  representatives.
23   Q. Where does the deal for counties to house
24  their inmates at regional jails come from? Is that

Page 96

1  by statute, by contract or what? Memorandum of
2  understanding?
3    A. I don't know of -- I don't know of any
4  memorandum. My understanding is that by statute
5  certain counties have to send their people to
6  certain regional jails. I'm not sure if that's
7  what you're asking.
8    Q. Yes.
9    A. That's my understanding. I know that that
10  was one of the things that we looked at as a
11  possible fix was can you take them anywhere -- can
12  you go anywhere. But, yes, that's set by statute
13  as far as I know.
14   Q. And you've read the Complaint in this
15  case, correct?
16   A. I would -- I've read a lot of it. I
17  skimmed it. It came after I left.
18   Q. Have you -- yes, it did. But as a named
19  defendant, I would have thought you may have looked
20  at it.
21      Have you by chance looked at West Virginia
22  Code 7-8-2(a) in effect since January the 1st of
23  1949 that says what the counties shall do with
24  inmates?

Page 97

1  A. I haven't looked at it. If I have, it's
2  been a long time ago and I haven't looked at it.
3  Q. Did you ever have any meetings where that
4  issue under that statute was brought up of what was
5  the county's responsibility for, how was this per
6  diem arrived at?
7  A. No. If it was something statutory that
8  probably would have been handled by our legal
9  department.
10  Q. And you mentioned earlier what the per
11  diem is for. You said the per diem money can only
12  be spent on certain things?
13  A. I know that there are -- I know that there
14  are some restrictions, and I'm not sure whether
15  maintenance is one of them.
16  Q. Is the per diem money to be used for food?
17  A. Yes.
18  Q. Is the per diem money to be used for
19  clothing?
20  A. Yes. Medical.
21  Q. Medical.
22  A. Food -- you already said food.
23  Q. Hold on just a second.
24  A. And I would have to go back and look

Page 98

1  because I'm kind of spit balling on that.
2  MR. NEW: Let's go off the record. We'll
3  take our next break.
4  VIDEOGRAPHER: This concludes part two.
5  The time is 3:22 p.m.
6  (Break in proceedings.)
7  VIDEOGRAPHER: This is the beginning of
8  part three. The time is 3:30 p.m.
9  BY MR. NEW:
10  Q. We were talking about per diem paid by the
11  counties. West Virginia Code § 7-8-2 cap A parens
12  a, On or after January 1, 1949, the county
13  commission of each county shall provide wholesome
14  and sufficient food and clean and sufficient
15  bedding for all prisoners confined in the county
16  jail and shall furnish the soaps, disinfectants,
17  and other supplies needed by the jailer in
18  performance of his duties. I break those down to
19  food, bedding, clothing and a hygiene. Is that
20  what the $48.25 a day per diem is spent on?
21  A. Yes.
22  Q. So the spending of that $48.25 is
23  consistent with the statute I just read you,
24  correct?

Page 99

1  A. It's consistent with the -- and the policy
2  too.
3  Q. And the policy?
4  A. Yes.
5  Q. Was there ever in your four-and-a-half
6  years as Commissioner analysis of whether that
7  $48.25 was sufficient to pay for the requirements
8  of that statute: The food, the bedding, clothing
9  and the hygiene?
10  A. So -- sorry. Excuse me. So the budget
11  office every year calculates the per diem and they
12  have a formula. And they calculate what the actual
13  per diem would be. And I think it's 53 or 54
14  something. That's what's calculated -- that would
15  be the analysis of the calculation of what it
16  actually costs as opposed to the amount that's
17  frozen.
18  Q. And so it is fair to say then that Chief
19  of Staff Douglas or someone to come up with that
20  $100 million figure has had a number of prisoners
21  coming through and if there is a difference between
22  the 48 and a quarter and the 53 or 54 and some
23  changes, that's how the State of West Virginia
24  comes up with a figure like that 100 million dollar

Page 100

1  figure, correct?
2  A. Correct, because it's paid by DCR that
3  difference.
4  Q. Right. The difference is paid by DCR?
5  A. Correct.
6  Q. In other words, the State of West Virginia
7  absorbs that cost on the difference of what the
8  counties are paying and what the actual per diem
9  cost is?
10  A. Correct.
11  Q. That's not really my question though.
12  A. Sorry.
13  Q. And my question is -- and maybe you
14  answered it. Maybe. Did the budget office
15  actually analyze then it costs us 54 or $53,
16  whatever, to feed, clothe, bed and give hygiene
17  products to these inmates?
18  A. So I am not -- I am not familiar. I have
19  seen what they do. I couldn't recite it to you.
20  But it's a formula that they use and it's
21  different -- I know that they're doing an analysis
22  because it's been different by a few cents or, you
23  know, a little bit every year that I've seen it.
24  It goes up a little bit.