**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

**MICHAEL D. ROSE et al.,**

**Plaintiffs,**

**v.** **Civil Action No. 5:22-cv-00405**
**Honorable Frank W. Volk**

**JEFF SANDY, et al.,**

**Defendants.**

**DEFENDANTS' JOINT RESPONSE TO MOTION FOR STATUS CONFERENCE**

**NOW COME** the County Commission Defendants, Wexford Health Sources, Inc., and PrimeCare Medical of West Virginia, Inc., by their respective counsel and hereby file this Response to the Motion for Status Conference and in support thereof, state as follows:

Plaintiffs filed the instant Motion seeking guidance from this Court as to whether the previous Scheduling Order deadlines and requirements remain in effect or if a new Scheduling Order will be put in place once there is a ruling on the Motion for Leave to File a Third Amended Complaint. (ECF No. 923). As far as Defendant Wexford Health Sources, Inc. is concerned, this lawsuit was dismissed against it with the caveat that Plaintiffs be granted leave to file an amended complaint. (ECF No. 908, p. 18). As for the County Commission Defendants, this lawsuit was dismissed against them with prejudice unless Plaintiffs could provide an explanation that the dismissal should be without prejudice. (ECF No. 908, p. 10).

In response to this Order, Plaintiffs filed a Motion for Leave to File a Third Amended Complaint which has since been fully briefed. (ECF Nos. 911, 913, 916, 918). At this time, this Court has not ruled on this Motion. Therefore, the County Commission Defendants and Wexford

Health Sources, Inc. are currently dismissed from this case pending a ruling on the Motion for Leave to Amend. Thus, Plaintiffs' request for guidance as to whether the previous Scheduling Order remains in effect is inapplicable to these Defendants and thus, a Status Conference is not necessary.

As it pertains to PrimeCare Medical of West Virginia, Inc., this Court denied without prejudice the Motions pending or filed by PrimeCare Medical of West Virginia, Inc. based on the bankruptcy stay. (ECF No. 908, n. 1). However, given Plaintiffs' Motion for Leave to Amend the Complaint, it does not believe a Status Conference is necessary until a ruling has been made pertaining to this Motion, should it be granted.

**WHEREFORE**, in light of the foregoing, the County Commission Defendants, Wexford Health Sources, Inc., and PrimeCare Medical of West Virginia, Inc. pray that this Honorable Court **DENY** Plaintiffs' Motion pertaining to them and further award these Defendants any and all other relief this Honorable Court deems just and proper.

**FAYETTE COUNTY COMMISSION,**
**By Counsel,**

/s/ Harrison M. Cyrus
Charles R. Bailey (WV Bar #0202)
Harrison M. Cyrus (WV Bar #12731)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222
F: (304) 343-3133
cbailey@baileywyant.com
hcyrus@baileywyant.com

**RALEIGH COUNTY COMMISSION,**
**By Counsel,**

/s/ Daniel J. Burns
J. Victor Flanagan (WV Bar #5254)
Daniel J. Burns (WV Bar #11866)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV 25801
T: (304) 254-9300
F: (304) 255-5519
vflanagan@pffwv.com
dburns@pffwv.com

**WYOMING COUNTY COMMISSION; SUMMERS COUNTY COMMISSION; MONROE COUNTY COMMISSION; MERCER COUNTY COMMISSION; and, GREENBRIER COUNTY COMMISSION,**
**By Counsel,**

/s/ Wendy E. Greve
Wendy E. Greve (WV Bar #6599)
Benjamin B. Vanston (WV Bar #14146)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV 25301
(304) 344-0100
(304) 342-1545
wgreve@pffwv.com
bvanston@pffwv.com

**WEXFORD HEALTH SOURCES, INC.,**
**By Counsel,**

/s/ Jordan K. Herrick
Jordan K. Herrick (WV Bar #11128)
David E. Schumacher (WV Bar #3304)
David L. Shuman, Jr. (WV Bar #12104)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222
F: 304.343.3133

jherrick@baileywyant.com
dschumacher@baileywyant.com
dshuman@baileywyant.com

**PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,**
**By Counsel,**

/s/ Anne Liles O'Hare
D.C. Offutt, Jr. (WV Bar #2773)
Anne Liles O'Hare (WV Bar #9171)
Offutt Simmons Simonton, PLLC
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, WV 25728-2868
T: (304) 529-2868
F: (304) 529-2999
dcoffuttjr@offutlegal.com
alohare@offuttlegal.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

**MICHAEL D. ROSE et al.,**

**Plaintiffs,**

**v.** **Civil Action No. 5:22-cv-00405**
**Honorable Frank W. Volk**

**JEFF SANDY, et al.,**

**Defendants.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of foregoing **DEFENDANTS' JOINT RESPONSE TO MOTION FOR STATUS CONFERENCE** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, June 6, 2024:

Wendy E. Greve
Benjamin B. Vanston
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV 25301
Attorney For: Greenbrier County Commission, Mercer County Commission, Monroe County Commission, Summers County Commission, Wyoming County Commission

Chip E. Williams
Jared C. Underwood
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
252 George St.
Beckley, WV 25801
Attorney For: Michael Francis

J. Victor Flanagan
Daniel J. Burns
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV 25801
Attorney For: John/Jane Doe Employees of Raleigh County Commission, Raleigh County Commission

Charles R. Bailey

Harrison M. Cyrus
Bailey & Wyant, PLLC
PO Box 3710
Charleston, WV 25337-3710
Attorney For: Fayette County Commission

Robert P. Dunlap
Dunlap & Associates, PLLC
208 Main Street
Beckley, WV 25801
Attorney For: Plaintiffs

Stephen P. New
Stephen New & Associates
430 Harper Park Drive
PO Box 5516
Beckley, WV 25801
Attorney For: Plaintiffs

Amanda J. Taylor
Taylor, Hinkle & Taylor
115 ½ S. Kanawha Street
Beckley, WV 25801
Attorney For: Plaintiffs

Timothy P. Lupardus
Lupardus Law Office
275 Bearhole Road
PO Box 1680
Pineville, WV 24874
Attorney For: Plaintiffs

Zachary K. Whitten
Whitten Law Office, L.C.
P.O. Box 753
Pineville, WV 24874
Attorney For: Plaintiffs

Michael D. Mullins
Peter J. Raupp
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
P.O. Box 1588
Charleston, WV 25326-1588
Attorney For: Betsy Jividen, Brad Douglas, Jeff S. Sandy, William K. Marshall, III

Amy M. Smith
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Attorney For: Betsy Jividen, Brad Douglas, Jeff S. Sandy, William K. Marshall, III

Anne Liles O'Hare
Offutt Simmons Simonton, PLLC
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, WV 25701
Attorney For: PrimeCare Medical of West Virginia, Inc. and PrimeCare Medical, Inc.

/s/ Jordan K. Herrick
Jordan K. Herrick (WV Bar #11128)
David E. Schumacher (WV Bar #3304)
David L. Shuman, Jr. (WV Bar #12104)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222
F: 304.343.3133
jherrick@baileywyant.com
dschumacher@baileywyant.com
dschuman@baileywyant.com