# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 6/28/2024 | Case Number: | 5:22-cv-00405 |
| Case Style: | Rose vs. Sandy | | |
| Type of hearing: | Status Conference | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Sydney Johnston |

Attorney(s) for the Plaintiff or Government:
Amanda Taylor

Attorney(s) for the Defendant(s):
Wendy Greve

Law Clerk: Sarah Fox

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 12:47 PM | 12:54 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 7 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 11:30 a.m.
Actual Start 12:47 p.m.

Parties present for a status conference.
The Court addresses the parties.
Mr. New addresses the Court.
Court anticipates the entry of the proposed settlement; order forthcoming as more fully stated on the record.
Court recessed at 12:54 p.m.