IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**MICHAEL ROSE; THOMAS FLEENOR, JR.; JOHN CRABTREE; STEVEN MARTIN; JACOB BEAVERS; GARY TOLER; ELGIE ADKINS; TYLER CHILDERS, and SABRINA EAGLE,** on behalf of themselves and others similarly situated,

                      **Plaintiffs,**

v.                                                                                    Civil Action No. 5:22-cv-405
                                                                                       The Honorable Frank W. Volk

**THE RALEIGH COUNTY COMMISION; DAVID TOLLIVER,** in his capacity as a Raleigh County Commissioner; **LINDA EPLING,** in her capacity as a Raleigh County Commissioner; **RON HENRICK,** in his capacity as a Raleigh County Commissioner; **GREGORY DUCKWORTH,** in his capacity as a Raleigh County Commissioner, **THE FAYETTE COUNTY COMMISSION; JOSH BRENEMEN,** in his capacity as a Fayette County Commissioner; **DENIS SCALPH,** in her capacity as a Fayette County Commissioner; **THOMAS LOUISOS,** in his capacity as a Fayette County Commissioner; **ALLISON TAYLOR,** in her capacity as a Fayette County Commissioner; **THE GREENBRIER COUNTY COMMISSION; BLAINE PHILLIPS,** in his capacity as a Greenbrier County Commissioner; **TAMMY TINCHER,** in her capacity as a Greenbrier County Commissioner; **LOWELL ROSE,** in his capacity as a Greenbrier County Commissioner; **THE MERCER COUNTY COMMISSION; GENE BUCKNER,** in his capacity as a Mercer County Commissioner; **GREG PUCKETT** in his capacity as a Mercer County Commissioner; **BILL ARCHER** in his capacity as a Mercer County Commissioner; **THE MONROE COUNTY COMMISSION; WILLIAM MILLER,**
in his capacity as a Monroe County Commissioner; **KEVIN MANN** in his capacity as a Monroe County Commissioner; **KEVIN GALFORD,** in his capacity as a Monroe County Commissioner; and **MELVIN YOUNG,** in his capacity as a Monroe County

Commissioner; THE SUMMERS COUNTY COMMISSION; JACK WOODRUM, in his capacity as a Summers County Commissioner; BILL LIGHTNER, in his capacity as a Summers County Commissioner; CHARLES SAUNDERS, in his capacity as a Summers County Commissioner; MIKE GORE, in his capacity as a Summers County Commissioner; TED KULA, in his capacity as a Summers County Commissioner; THE WYOMING COUNTY COMMISSION; RANDALL ALIFF, in his capacity as a Wyoming County Commissioner; JASON MULLINS, in his capacity as a Wyoming County Commissioner; SAMUEL MUSCARI, SR., in his capacity as a Wyoming County Commissioner; PRIMECARE MEDICAL, INC.; THOMAS WEBER; BRETT BAVINGTON; KRISTA VALLANDINGHAM; MELISSA JEFFERY; BRANDY EASTRIDGE, HELEN PERKINS; JESSICA MILLER; BRANDY EASTRIDGE; WEXFORD HEALTH SOURCES, INC.; MARY STONE; DANIEL CONN; ELAINE GEDMAN; JOHN FROELICH; and HUMAYAN RASHID, M.D.,

**Defendants.**

### RULE 41(a)(1)(A)(i) VOLUNTARY PARTIAL DISMISSAL

COME NOW Plaintiffs, by undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) hereby voluntarily dismiss their claims set forth in the Third Amended Complaint[1] against The Raleigh County Commission; David Tolliver; Linda Epling; Ron Henrick; Gregory Duckworth; The Fayette County Commission; Josh Brenemen; Dennis Scalph; Thomas Louisos; Allison Taylor; The Greenbrier County Commission; Blaine Phillips; Tammy Tincher; Lowell Rose; The Mercer County Commission; Gene Buckner; Greg Puckett; Bill Archer; The Monroe County Commission; William Miller; Kevin Mann; Kevin Galford; Melvin Young; The Summers County

---

[1] Plaintiffs understand that the Court has yet to enter and Order making the Third Amended Complaint operative but anticipate the same based upon statements placed on the record during hearings in this matter.

Commission; Jack Woodrum; Bill Lightner; Charles Saunders; Mike Gore; Ted Kula; The Wyoming County Commission; Randall Aliff; Jason Mullins; and Samuel Muscari, Sr.

Further, Plaintiffs Michael Rose, Jacob Beavers, and Tyler Childers hereby dismiss their claims contained in the Third Amended Complaint inasmuch as they have stated no claim in a class representative capacity against remaining Defendants.

**MICHAEL D. ROSE, *et al.*, on their own behalf and on behalf of all those similarly situated,**
**By Counsel**

/s/ Amanda J. Taylor
Amanda J. Taylor (WVSB No. 11635)
Taylor, Hinkle & Taylor
115 ½ S. Kanawha St.
Beckley, WV 25801
304.894.8733 (P)
681.245.6236 (F)
amanda@thtwv.com

Stephen P. New (WVSB No. 7756)
Emilee B. Wooldridge (WVSB No. 14310)
Stephen New & Associates
430 Harper Park Drive
Beckley, West Virginia 25801
Ph: (304) 250-6017
Fax: (304) 250-6012

Timothy Lupardus (WVSB No. 6252)
The Lupardus Law Office
275 Bearhole Road
Pineville, West Virginia 24874
(304) 732-0250
office@luparduslaw.com

Zachary Whitten (WVSB No. 13709)
The Whitten Law Office
P.O. Box 753
Pineville, West Virginia 24874
zwhittenlaw@gmail.com

Robert Dunlap (WVSB No. 10012)
Robert Dunlap & Associates
208 Main Street
Beckley, West Virginia 25801
(304) 255-4762
*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | | |
|---|---|---|
| **MICHAEL D. ROSE**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:22-cv-00405 |
| | ) | (Judge Volk) |
| **MICHAEL FRANCIS**, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiffs hereby certifies that a true and correct copy of the foregoing *Rule 41(a)(1)(A)(i) Voluntary Partial Dismissal* was filed with the clerk on July 24, 2024, via the Court's CM-ECF Filing System which will provide electronic notification to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Amanda J. Taylor*
　　　　　　　　　　　　　　　　　　　　　　　　Amanda J. Taylor (WVSB No. 11635)