IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MICHAEL D. ROSE et al.,**

    **Plaintiffs,**

v.                                                Civil Action No. 5:22-cv-00405
                                               Honorable Frank W. Volk

**JEFF SANDY, et al.,**

    **Defendants.**

### EXPEDITED MOTION TO STAY CASE PENDING RULING ON MOTIONS TO DISMISS

    **NOW COME** the Defendants, Wexford Health Sources, Inc., Daniel Conn, Elaine Gedman, John Froelich, Kennadi Miller, Ashley Stroup, Melissa Jeffrey, Helen Perkins, Jessica Miller, Mary Stone, Humayan Rashid, M.D., Brittani Marshall, and Taylor Brooks, by counsel, Bailey & Wyant, PLLC, Jordan K. Herrick, David E. Shumacher, and David L. Shuman, Jr., and for the reasons more fully stated in the contemporaneously filed Memorandum of Law, hereby move this Honorable Court to **STAY** discovery in this civil action pending resolution of the pending and soon to be filed Motions to Dismiss.

    **WHEREFORE**, in light of the foregoing, Defendants Wexford Health Sources, Inc., Daniel Conn, Elaine Gedman, John Froelich, Kennadi Miller, Ashley Stroup, Melissa Jeffrey, Helen Perkins, Jessica Miller, Mary Stone, Humayan Rashid, M.D., Brittani Marshall, and Taylor Brooks pray that this Honorable Court **GRANT** this Motion and enter an **ORDER** staying discovery in this civil action pending a ruling on the Motions to Dismiss and further award the Defendants any and all other relief this Honorable Court deems just and proper.

                                                                             **WEXFORD HEALTH SOURCES, INC.,**

DANIEL CONN, ELAINE GEDMAN, JOHN FROELICH, KENNADI MILLER, ASHLEY STROUP, MELISSA JEFFREY, HELEN PERKINS, JESSICA MILLER, MARY STONE, HUMAYAN RASHID, BRITTANI MARSHALL, and TAYLOR BROOKS,
By Counsel,

/s/ Jordan K. Herrick
Jordan K. Herrick (WV Bar #11128)
David E. Schumacher (WV Bar #3304)
David L. Shuman, Jr. (WV Bar #12104)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222
F: (304) 343-3133
jherrick@baileywyant.com
dschumacher@baileywyant.com
dshuman@baileywyant.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MICHAEL D. ROSE et al.,**

    **Plaintiffs,**

v.                                                                             Civil Action No. 5:22-cv-00405
                                                                            Honorable Frank W. Volk

**JEFF SANDY, et al.,**

    **Defendants.**

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **EXPEDITED MOTION TO STAY CASE PENDING RULING ON MOTIONS TO DISMISS** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, September 18, 2024:

D. C. Offutt, Jr.
Anne Liles O'Hare
Mark R. Simonton
Elijah Stevens
Offutt Simmons Simonton, PLLC
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, WV 25701
Attorney For: PrimeCare Medical of West Virginia, Inc.

J. Ben Shepard
Farrell & Farrell Pllc
914 Fifth Avenue
Huntington, WV 25701
Attorney For: Donna Dean-Chrivia

Robert P. Dunlap
Dunlap & Associates, PLLC
208 Main Street
Beckley, WV 25801
Attorney For: Plaintiffs

Stephen P. New

New, Taylor & Associates
430 Harper Park Drive
PO Box 5516
Beckley, WV 25801
Attorney For: Plaintiffs

Amanda J. Taylor
Taylor, Hinkle & Taylor
115 ½ S. Kanawha Street
Beckley, WV 25801
Attorney For: Plaintiffs

Timothy P. Lupardus
Lupardus Law Office
275 Bearhole Road
PO Box 1680
Pineville, WV 24874
Attorney For: Plaintiffs

Zachary K. Whitten
Whitten Law Office, L.C.
P.O. Box 753
Pineville, WV 24874
Attorney For: Plaintiffs

  /s/ Jordan K. Herrick
Jordan K. Herrick (WV Bar #11128)
David E. Schumacher (WV Bar #3304)
David L. Shuman, Jr. (WV Bar #12104)