UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

BRYAN STAFFORD, *in his capacity
as Executor of the Estate of*
THOMAS FLEENOR, JR.,
JOHN CRABTREE,
STEVEN MARTIN,
GARY TOLER,
ELGIE ADKINS,
and SABRINA EAGLE,
*on behalf of themselves and
others similarly situated*,

    Plaintiffs,

v.                                          CIVIL ACTION NO. 5:22-cv-00405

PRIMECARE MEDICAL, INC.,
PRIMECARE MEDICAL OF WEST VIRGINIA, INC.
THOMAS WEBER,
BRETT BAVINGTON,
TODD HESKINS,
KRISTA VALLANDINGHAM,
MELISSA JEFFERY,
BRANDY EASTRIDGE,
HELEN PERKINS,
JESSICA MILLER,
BRANDY EASTRIDGE,
WEXFORD HEALTH SOURCES, INC.,
MARY STONE,
DANIEL CONN,
ELAINE GEDMAN,
JOHN FROELICH,
HUMAYAN RASHID, M.D.,
ANGELA NICHOLSON, MSN, APRN, FNP-C,
AMBER DUNCAN,
LISA MULLENS, LPN,
CASSEY BOLEN,
JOHN PENNINGTON, MA, LPC, NCC, NCSC,
KENNADI SMITH, LPN,
BRITTANI MARSHALL, RN,
ASHLEY STROUP, LPN,

DONNA DEAN-CHRIVIA,
JOHN AND JANE DOE
PRIMECARE AND WEXFORD EMPLOYEES,
and TAYLOR BROOKS,

          Defendants.

## **ORDER**

Pending is Plaintiffs' Motion to Seal Exhibits to Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Costs and Incentive Awards to Class Representatives [Doc. 1061], filed September 24, 2024. The Court **DIRECTS** counsel to submit proposed redactions to the subject exhibits **on or before October 21, 2024**.

The Clerk is **DIRECTED** to transmit a copy of this written opinion and order to all counsel of record and to any unrepresented party.

          ENTER:      October 15, 2024

*Frank W. Volk*
Frank W. Volk
Chief United States District Judge