# Amanda Taylor

| | |
|---|---|
| **From:** | Herrick, Jordan <jherrick@baileywyant.com> |
| **Sent:** | Tuesday, October 15, 2024 10:13 AM |
| **To:** | Amanda Taylor; Shuman, David |
| **Cc:** | steve@newlawoffice.com; Emilee Wooldridge; Erin Lewis; Timothy P. Lupardus; Zachary Kyle Whitten |
| **Subject:** | RE: Fleenor v. PrimeCare, et al. - Wexford Depositions |

Mandy:

That all is accurate. I have already confirmed Kennadi Smith is available on the proposed date/time. I will let you know as I hear from others.

Thanks,



[Jordan K. Herrick, Esquire](#)
**Bailey & Wyant, PLLC**
**500 Virginia Street East, Suite 600**
**Charleston, West Virginia 25301**
**Direct Dial: 304.720.0715**
**T: 304.345.4222 | F: 304.343.3133**
**M: 304.771.2944**



This electronic message transmission contains information from the law firm of Bailey & Wyant, P.L.L.C. which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (304) 345-4222 immediately.

---

**From:** Amanda Taylor <amanda@thtwv.com>
**Sent:** Tuesday, October 15, 2024 10:12 AM
**To:** Herrick, Jordan <jherrick@baileywyant.com>; Shuman, David <dshuman@baileywyant.com>
**Cc:** steve@newlawoffice.com; Emilee Wooldridge <emilee@newlawoffice.com>; Erin Lewis <erin@newlawoffice.com>; Timothy P. Lupardus <office@luparduslaw.com>; Zachary Kyle Whitten <zwhittenlaw@gmail.com>
**Subject:** Fleenor v. PrimeCare, et al. - Wexford Depositions

**EXTERNAL EMAIL**

Jordan:

In follow up to our phone call, I believe that we reached the following consensus:

1

1. You or Dave can make yourselves available on the proposed dates, and will make effort to secure Defendants' attendance as proposed
2. Smith, Marshall, Stroup, Brooks, and Miller will be produced without objection
3. Perkins, Jeffery, and Rashid (subject to medical clearance following surgery) will be produced with the tentative agreement that we will inquire about: (1) current Plaintiffs and (2) records we received from Wexford following their earlier depositions. You will need to confirm the latter portion of the agreement.
4. You will not produce Conn, Gedman, or Froelich without a Court order – we will file cross motions, and I believe we have conferred to the extent required

If any of that is not consistent with your understanding, please advise at your earliest convenience.

Thank you,
Mandy


Amanda Taylor
Partner
Taylor, Hinkle & Taylor, Inc.
O: (304) 894-8733
F: (681) 245-6236
115 ½ South Kanawha Street
Beckley, WV 25801



This electronic message transmission contains information from Taylor, Hinkle & Taylor, Inc., which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (304) 894-8733 immediately.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.