| | |
|---|---|
| **From:** | Mary Stone |
| **Sent:** | Friday, February 24, 2023 10:53 AM EST |
| **To:** | Shannis Stock-Jones; Elaine Gedman |
| **CC:** | John Froehlich |
| **Subject:** | FW: [External] |

FYI- I let her know we were working on this and she seemed fine with that, I think she just wanted to know we were working on it and was following up.

Mary

**From:** Amjad, Ayne <ayne.amjad@wv.gov>
**Sent:** Friday, February 24, 2023 10:00 AM
**To:** Mary Stone <mstone@wexfordhealth.com>
**Subject:** [External]

> ********** CAUTION **********
>
> This email originated from outside of Wexford Health Sources Inc. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Mary,
Not sure if you had the time yet to work on the change order proposal we had so that we could have more staff at SRJ?

Thank you,
Ayne