# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

**BRYAN STAFFORD, Executor of the**
**Estate of THOMAS FLEENOR, JR., et al.,**

        **Plaintiffs,**

**v.**                      **Civil Action No. 5:22-cv-00405**

**PRIMECARE MEDICAL, INC., et al.,**

        **Defendants.**

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AS TO PRIMECARE DEFENDANTS

COME NOW Plaintiffs, by undersigned counsel, and, pursuant to Rule 23 of the *Federal Rules of Civil Procedure* and this Court's Order [ECF 949], hereby moves this Honorable Court for certification of a class. Specifically, Plaintiffs seek certification of an issue-based class pursuant to Rule 23(c). Additionally, Plaintiffs seek certification of a class pursuant to Rule 23(a) and (b) based upon the satisfaction of all necessary prerequisites. In further support of their motion Plaintiffs incorporate herein by reference the accompanying memorandum of law.

                                                **PLAINTIFFS**
                                                **By Counsel,**

                                                */s/ Stephen New*
                                                Stephen P. New (WVSB No. 7756)
                                                Emilee B. Wooldridge (WVSB 14310)
                                                Stephen New & Associates
                                                430 Harper Park Drive
                                                Beckley, West Virginia 25801
                                                Ph: (304) 250-6017
                                                Fax: (304) 250-6012
                                                steve@newtaylorlaw.com

                                                Amanda J. Taylor (WVSB No. 11635)
                                                Taylor, Hinkle & Taylor

        115 ½ S. Kanawha St.
        Beckley, WV 25801
        304.894.8733 (P)
        681.245.6236 (F)
        amanda@thtwv.com

Timothy Lupardus (WVSB No. 6252)
The Lupardus Law Office
275 Bearhole Road
Pineville, West Virginia 24874
(304) 732-0250
office@luparduslaw.com

Zachary Whitten (WVSB No. 13709)
The Whitten Law Office
P.O. Box 753
Pineville, West Virginia 24874
zwhittenlaw@gmail.com

Robert Dunlap (WVSB No. 10012)
Robert Dunlap & Associates
208 Main Street
Beckley, West Virginia 25801
(304) 255-4762
robertdunlapesq@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

**BRYAN STAFFORD, Executor of the**
**Estate of THOMAS FLEENOR, JR., et al.,**

        **Plaintiffs,**

v.                                          Civil Action No. 5:22-cv-00405

**PRIMECARE MEDICAL, INC., et al.,**

        **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that a true and correct copy of the foregoing *Plaintiffs' Motion for Class Certification* was filed with the clerk on November 22, 2024 via the Court's CM-ECF Filing System which will provide electronic notification to all counsel of record.

                                                        s/ Stephen P. New

                                                       Stephen P. New (WVSB 7756)