IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**BRYAN STAFFORD, Executor of the
Estate of THOMAS FLEENOR, JR., et al.,**

        **Plaintiffs,**

v.          Civil Action No. 5:22-cv-00405

**PRIMECARE MEDICAL, INC., et al.,**

        **Defendants.**

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AS TO WEXFORD DEFENDANTS

COME NOW Plaintiffs, by undersigned counsel, and, pursuant to Rule 23 of the *Federal Rules of Civil Procedure* and this Court's Order [ECF 949], hereby move this Honorable Court for certification of a class. Specifically, Plaintiffs seek certification of an issue-based class pursuant to Rule 23(c). Additionally, Plaintiffs seek certification of a class pursuant to Rule 23(a) and (b) based upon the satisfaction of all necessary prerequisites. In further support of their motion Plaintiffs incorporate herein by reference the accompanying memorandum of law.

        **PLAINTIFFS
        By Counsel,**

        */s/ Stephen New*
        Stephen P. New (WVSB No. 7756)
        Emilee B. Wooldridge (WVSB 14310)
        Stephen New & Associates
        430 Harper Park Drive
        Beckley, West Virginia 25801
        Ph: (304) 250-6017
        Fax: (304) 250-6012
        steve@newtaylorlaw.com

        Amanda J. Taylor (WVSB No. 11635)
        Taylor, Hinkle & Taylor

        115 ½ S. Kanawha St.
        Beckley, WV 25801
        304.894.8733 (P)
        681.245.6236 (F)
        amanda@thtwv.com

        Timothy Lupardus (WVSB No. 6252)
        The Lupardus Law Office
        275 Bearhole Road
        Pineville, West Virginia 24874
        (304) 732-0250
        office@luparduslaw.com

        Zachary Whitten (WVSB No. 13709)
        The Whitten Law Office
        P.O. Box 753
        Pineville, West Virginia 24874
        zwhittenlaw@gmail.com

        Robert Dunlap (WVSB No. 10012)
        Robert Dunlap & Associates
        208 Main Street
        Beckley, West Virginia 25801
        (304) 255-4762
        robertdunlapesq@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**BRYAN STAFFORD, Executor of the
Estate of THOMAS FLEENOR, JR., et al.,**

        **Plaintiffs,**

v.                                       Civil Action No. 5:22-cv-00405

**PRIMECARE MEDICAL, INC., et al.,**

        **Defendants.**

## CERTIFICATE OF SERVICE

    The undersigned counsel for Plaintiffs hereby certifies that a true and correct copy of the foregoing *Plaintiffs' Motion for Class Certification as to Wexford Defendants* was filed with the clerk on November 24, 2024 via the Court's CM-ECF Filing System which will provide electronic notification to all counsel of record.

                                                                  s/ Stephen P. New
                                                                  Stephen P. New (WVSB 7756)