# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

| | |
|---|---|
| **MICHAEL D. ROSE**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 5:22-cv-00405 |
| | ) Honorable Frank W. Volk |
| **JEFF S. SANDY**, *et al.*, | ) |
| Defendants. | ) |

## PARTIAL JUDGMENT ORDER

In accordance with the Final Approval Order entered on December 5, 2024, the Court hereby **DISMISSES**, with prejudice, Plaintiffs' claims against Defendants Sandy, Marshall, Jividen, Douglas and Francis. The claims against the remaining Defendants shall not be affected by this Order.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to all counsel of record and any unrepresented parties.

Entered: December 5, 2024



Frank W. Volk
Chief United States District Judge

| | |
|---|---|
| */s/ Stephen Paul New (w/permission)* | */s/ Michael D. Mullins* |
| Stephen Paul New (WV Bar #7756) | Michael D. Mullins (WVSB No. 7754) |
| Amanda J. Taylor (WV Bar #11635) | Larry J. Rector (WVSB No. 6418) |
| Russell A. Williams (WV Bar #12710) | Amy M. Smith (WVSB No. 6456) |
| New, Taylor & Associates | Peter J. Raupp (WVSB No. 10546) |
| 430 Harper Park Drive | Steptoe & Johnson PLLC |
| Beckley, WV 25801 | Chase Tower, 17th Floor |
| T: 304-250-6017 | P.O. Box 1588 |
| F: 304-250-6012 | Charleston, WV 25326-1588 |

23626609.1

| | |
|---|---|
| steve@newtaylorlaw.com <br> russell@newtaylor.com <br><br> Timnothy Lupardus (WV Bar #6252) <br> The Lupardus Law Office <br> 275 Bearhole Road <br> Pineville, West Virginia 24874 <br> T: 304-732-0250 <br> office@luparduslaw.com | Telephone: (304) 353-8000 <br> Facsimile: (304) 933-8704 <br> michael.mullins@steptoe-johnson.com <br><br> *Counsel for Jeff S. Sandy, Betsy Jividen, Brad Douglas, and William K. Marshall III* |
| Zachary Whitten (WV Bar #13709) <br> The Whitten Law Office <br> P.O. Box 753 <br> Pineville, West Virginia 24874 <br> zwhittenlaw@gmail.com <br><br> Robert Dunlap (WV Bar #10012) <br> Robert Dunlap & Associates <br> 208 Main Street <br> Beckley, West Virginia 25801 <br> T: 304-255-4762 <br> robertdunlapesq@gmail.com <br><br> *Counsel for Plaintiffs* | */s/ Chip E. Williams (w/permission)* <br> Chip E. Williams (WV Bar #8116) <br> Jared C. Underwood (WV Bar #12141) <br> Pullin Fowler Flanagan Brown & Poe <br> 252 George Street <br> Beckley, WV 25801 <br> T: 304-254-9300 <br> cwilliams@pffwv.com <br><br> *Counsel for Michael Francis* <br><br> */s/ Michael R. Whitt (w/permission)* <br> Michael R. Whitt (WV Bar #6099) <br> *Guardian Ad Litem* <br> 3558 Jefferson St. N. Ste. 5 PMB 157 <br> Lewisburg, WV 24901 <br> T: 304-645-4640 <br> mywvlawyer@gmail.com <br><br> *Guardian Ad Litem* |

2